B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Brownsville Health Services, Inc.**

Debtor(s)

Case No.  **09-20998**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ALLEGHENY POWER<br>800 CABIN HILL DRIVE<br>GREENSBURG, PA 15606 | ALLEGHENY POWER<br>800 CABIN HILL DRIVE<br>GREENSBURG, PA 15606 | Trade Debt | | 85,417.01 |
| Brownsville Bus Line<br>c/o Frank Ricco<br>101 Center Street<br>Brownsville, PA 15417 | Brownsville Bus Line<br>c/o Frank Ricco<br>101 Center Street<br>Brownsville, PA 15417 | Trade Debt | | 392,000.00 |
| C & G TECHNOLOGIES<br>6209 GHEENS MILL ROAD<br>JEFFERSONVILLE, IN 47130 | C & G TECHNOLOGIES<br>6209 GHEENS MILL ROAD<br>JEFFERSONVILLE, IN 47130 | Trade Debt | | 75,500.00 |
| COLUMBIA GAS OF PA, INC.<br>PO BOX 9001846<br>LOUISVILLE, KY 40290 | COLUMBIA GAS OF PA, INC.<br>PO BOX 9001846<br>LOUISVILLE, KY 40290 | Trade Debt | | 136,740.58 |
| CPSI CLEAR DIRECTION<br>PO BOX 850309<br>MOBILE, AL 36685 | CPSI CLEAR DIRECTION<br>PO BOX 850309<br>MOBILE, AL 36685 | Trade Debt | | 187,440.16 |
| DAN TAYLOR INTERIORS,<br>INC<br>190 BILMAR DRIVE, SUITE<br>150<br>PITTSBURGH, PA 15205 | DAN TAYLOR INTERIORS, INC<br>190 BILMAR DRIVE, SUITE 150<br>PITTSBURGH, PA 15205 | Trade Debt | | 87,380.66 |
| HIGHMARK BLUE SHIELD<br>SUITE 2331, TEAM 2284, PO<br>BOX 382146<br>PITTSBURGH, PA 15250 | HIGHMARK BLUE SHIELD<br>SUITE 2331, TEAM 2284, PO BOX 382146<br>PITTSBURGH, PA 15250 | Trade Debt | | 330,468.84 |
| Internal Revenue Service<br>Philadelphia, PA 19255 | Internal Revenue Service<br>Philadelphia, PA 19255 | Trade Debt | | 1,529,987.94 |
| LAB CORP<br>PO BOX 12140<br>BURLINGTON, NC 27216 | LAB CORP<br>PO BOX 12140<br>BURLINGTON, NC 27216 | Trade Debt | | 84,979.29 |
| MASTECH CONSTRUCTION &<br>INTERIORS, INC.<br>101 RIVER ROAD<br>MCKEES ROCKS, PA 15136 | MASTECH CONSTRUCTION &<br>INTERIORS, INC.<br>101 RIVER ROAD<br>MCKEES ROCKS, PA 15136 | Trade Debt | | 193,357.50 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Brownsville Health Services, Inc.**                                    Case No.   **09-20998**
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **MONGIOVI & SON FIRE PROTECTION SERVICES 190 BILMAR DRIVE, SUITE 100 PITTSBURGH, PA 15205** | **MONGIOVI & SON FIRE PROTECTION SERVICES 190 BILMAR DRIVE, SUITE 100 PITTSBURGH, PA 15205** | Trade Debt | | 129,810.50 |
| **MONGIOVI & SON PLUMBING CONTRACTOR, LP 190 BILMAR DRIVE, SUITE 100 PITTSBURGH, PA 15205** | **MONGIOVI & SON PLUMBING CONTRACTOR, LP 190 BILMAR DRIVE, SUITE 100 PITTSBURGH, PA 15205** | Trade Debt | | 156,057.35 |
| **ORTHO-CLINICAL DIAGNOSTICS ORTHO CLINICAL DIAGNOSTICS LOCKBOX 12 5972 COLLECTIONS CENTER DR. CHICAGO, IL 60693** | **ORTHO-CLINICAL DIAGNOSTICS ORTHO CLINICAL DIAGNOSTICS LOCKBOX 12 5972 COLLECTIONS CENTER DR. CHICAGO, IL 60693** | Trade Debt | | 111,481.89 |
| **PARKVALE BANK PO BOX 607 MONROEVILLE, PA 15146** | **PARKVALE BANK PO BOX 607 MONROEVILLE, PA 15146** | Trade Debt | | 241,076.38 |
| **Parkvale Bank 6023 National Pike East Grindstone, PA 15442** | **Parkvale Bank 6023 National Pike East Grindstone, PA 15442** | Trade Debt | | 998,846.07 |
| **TICO ELECTRIC, INC 120 Atlantic Avenue Mckeesport, PA 15132** | **TICO ELECTRIC, INC 120 Atlantic Avenue Mckeesport, PA 15132** | Trade Debt | | 132,413.41 |
| **WALLY CORPORATION 408 WALLY DR PO BOX BB UNIONTOWN, PA 15401** | **WALLY CORPORATION 408 WALLY DR PO BOX BB UNIONTOWN, PA 15401** | Trade Debt | | 872,231.21 |
| **WELCH ALLYN CREDIT DEPARTMENT PO BOX 220 SKANEATELES FALLS, NY 13153-0220** | **WELCH ALLYN CREDIT DEPARTMENT PO BOX 220 SKANEATELES FALLS, NY 13153-0220** | Trade Debt | | 106,975.35 |
| **WORLWIDE FINANCIAL NETWORK INC MAURICE I. HORIWITZ SPOUSAL TRUST 370 MAIN STREET STE 925 WORCHESTER, MA 01608** | **WORLWIDE FINANCIAL NETWORK INC MAURICE I. HORIWITZ SPOUSAL TRUST 370 MAIN STREET STE 925 WORCHESTER, MA 01608** | Trade Debt | | 102,083.20 |
| **WORLWIDE FINANCIAL NETWORK INC JOHN STALICK 7233 CHURCH RANCH WESTMINSTER, CO 80021** | **WORLWIDE FINANCIAL NETWORK INC JOHN STALICK 7233 CHURCH RANCH WESTMINSTER, CO 80021** | Trade Debt | | 87,423.36 |

B4 (Official Form 4) (12/07) - Cont.

In re  <u>**Brownsville Health Services, Inc.**</u>                                Case No.   <u>**09-20998**</u>

Debtor(s)

<h1 align="center">LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS</h1>
(Continuation Sheet)

<h2 align="center">DECLARATION UNDER PENALTY OF PERJURY<br>ON BEHALF OF A CORPORATION OR PARTNERSHIP</h2>

I, the Chairman of the Board of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  <u>**March 20, 2009**</u>                      Signature  <u>**/s/ Frank Ricco**</u>

                                                            **Frank Ricco**

                                                            **Chairman of the Board**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Brownsville Health Services, Inc.**

Debtor

Case No. _____ **09-20998** _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 5,000,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 47 | | 7,635,989.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 55 | | | |
| Total Assets | | | 5,000,000.00 | | |
| Total Liabilities | | | | 7,635,989.90 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Western District of Pennsylvania

In re    **Brownsville Health Services, Inc.**
_____,
                                    Debtor

Case No. ___**09-20998**_____

Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    **Brownsville Health Services, Inc.**                                                    Case No. _____**09-20998**_____
_____,
                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Brownsville Health Services, Inc.**                                          Case No. _____**09-20998**_____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Parkvale Savings Bank Checking Account Grindstone Branch** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                    0.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    Case No.    **09-20998**
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Owner West Point Health Corporation** | - | **Unknown** |
| | | **100% Owner Brownsville Property Corporation** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Various Accounts** | - | **5,000,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  | Sub-Total > (Total of this page) | **5,000,000.00** |
|---|---|---|

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Brownsville Health Services, Inc.**                                    ,   Case No.   **09-20998**
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Various Office Equipment** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Various Medical Equipment and Supplies** | - | **Unknown** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        0.00
(Total of this page)
Total >     5,000,000.00

Sheet __2__ of __2__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**B6D (Official Form 6D) (12/07)**

In re    **Brownsville Health Services, Inc.**                                                                      Case No.    **09-20998**
                                              Debtor                                      ,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J | C | | | | | | |
| Account No. **2007-8**<br><br>**Presidential Healthcare Credit Co.<br>c/o Eckert Seamans Cherin & Mellott, LLC<br>Peter N. Pross<br>USX Tower, 44th Floor<br>Pittsburgh, PA 15219** | - | | | | | **Security Interest in all assets of Debtor**<br><br>Value $                              **0.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |

|  | | | Subtotal<br>(Total of this page) | **0.00** | **0.00** |
| --- | --- | --- | --- | --- | --- |
| **0**  continuation sheets attached | | | Total<br>(Report on Summary of Schedules) | **0.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Brownsville Health Services, Inc.** ,                                    Case No.    **09-20998**
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Brownsville Health Services, Inc.** _____,    Case No. ___**09-20998**___

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule D - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A&I SALES 60 W. FAYETTE ST. UNIONTOWN, PA 15401** | - | | **2007-2008 Trade Debt** | | X | | 1,683.46 |
| Account No. **ABBOTT NUTRITION 75 REMITTANCE DRIVE, SUITE 1310 CHICAGO, IL 60675** | | | **2007-2008 Trade Debt** | | | | 2,183.54 |
| Account No. **ADVANTICOM 1010 WESTERN AVENUE, 7TH FLOOR PITTSBURGH, PA 15233** | - | | **2007-2008 Trade Debt** | | | | 4,800.00 |
| Account No. **AFLAC ATTN: REMITTANCE PROCESSING SERVICES 1932 WYNNTON ROAD COLUMBUS, GA 31999** | - | | **2007-2008 Trade Debt** | | | | 8,774.72 |

___**46**___  continuation sheets attached

Subtotal (Total of this page)    17,441.72

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
S/N:20346-090220    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    Case No.    **09-20998**
                                                                ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **AIR CLEAN SYSTEMS 3248 LAKE WOOD DRIVE RALEIGH, NC 27604** | - | | | | | | 804.54 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **AIRTEK, INC. PO BOX 466 IRWIN, PA 15642** | - | | | | | | 1,024.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **ALL AROUND FENCE COMPANY 7896 NATIONAL PIKE, PO BIOX 1126 UNIONTOWN, PA 15401** | - | | | | | | 0.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **ALLAN'S WASTE WATER SERVICE 1487 TOMS RUN ROAD HOLBROOK, PA 15341** | - | | | | | | 546.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **ALLEGHENY GENERAL HOSPITAL 320 EAST NORTH AVENUE PITTSBURGH, PA 15212** | - | | | | | | 500.00 |

Sheet no. __1__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,874.54**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brownsville Health Services, Inc.**                                   Case No. ___**09-20998**___
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ALLEGHENY POWER** <br> **800 CABIN HILL DRIVE** <br> **GREENSBURG, PA 15606** | | - | 2007-2009 <br> **Trade Debt** | | | | 85,417.01 |
| Account No. <br><br> **ALLIED WASTE SERVICES** <br> **RR #1, BOX 716, LANDFILL ROAD** <br> **SCOTTDALE, PA 15683** | | - | 2007-2009 <br> **Trade Debt** | | | | 2,677.09 |
| Account No. <br><br> **AMERISOURCE BERGEN** <br> **6305 LASALLE DRIVE** <br> **LOCKBOURNE, OH 43137** | | - | 2007-2008 <br> **Trade Debt** | | | | 74,443.57 |
| Account No. <br><br> **APOTHECARE PHARMACY** <br> **278 MCCLELLANDTOWN ROAD** <br> **UNIONTOWN, PA 15401** | | - | 2007-2008 <br> **Trade Debt** | | | X | 1,501.60 |
| Account No. <br><br> **ARMSTRONG MEDICAL INDUSTRIES, INC.** <br> **575 KNIGHTSBRIDGE PARKWAY,** <br> **PO BOX 700** <br> **LINCOLNSHIRE IL   06069** | | - | 2007-200 <br> **Trade Debt** | | | | 2,159.94 |

Sheet no. __2__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

166,199.21

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brownsville Health Services, Inc.**                                    Case No. ___**09-20998**___
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**ARROW INTERNATIONAL INC**<br>**2400 BERNVILLE ROAD**<br>**READING, PA 19605** | | - | | | 2007-2008<br>**Trade Debt** | | | | 0.00 |
| Account No.<br><br>**ASHOK SAHAI MD**<br>**129 SIMPSON ROAD SUITE 101**<br>**BROWNSVILLE, PA 15417** | | - | | | 2007-2008<br>**Trade Debt** | | | | 1,000.00 |
| Account No.<br><br>**ATLANTIC BROADBAND**<br>**PO BOX 371801**<br>**PITTSBURGH, PA 15250** | | - | | | 2007-2008<br>**Trade Debt** | | | | 11,066.78 |
| Account No.<br><br>**AUTOMATED ENTRANCE SYSTEMS, INC.**<br>**313 ARCHIE STREET**<br>**OAKMONT, PA 15139** | | - | | | 2007-2008<br>**Trade Debt** | | | | 4,642.56 |
| Account No.<br><br>**BASIC COMMUNICATIONS I**<br>**598 RIDGE ROAD**<br>**DAYTON, PA 16222** | | - | | | 2007-2008<br>**Trade Debt** | | | | 8,105.00 |

| | |
|---|---|
| Sheet no. __3__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page)    **24,814.34** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    Case No. ____**09-20998**____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| BAXTER HEALTHCARE CORP PO BOX 33037 NEWARK, NJ 07188 | - | | | | | | 20,191.81 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| BECKMAN COULTER, INC 4300 N. HARBOR BLVD. PO BOX 3100 FULLERTON, CA 92834 | - | | | | | | 53,132.54 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| BELNICK, INC (BIZCHAIR) 4350 BALL GROUND HIGHWAY CANTON, GA 30114 | - | | | | | | 1,396.04 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| BEST PLUMBING SPECIALTIES, INC PO BOX 750 MYERSVILLE, MD 21773 | - | | | | | | 1,840.58 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| BIG TOP PARTY TENT RENTALS CHRIS MCMANUS; 154 WASHINGTON DRIVE FAYETTE CITY, PA 15438 | | | | | | | 860.00 |

Sheet no. __4__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    77,420.97

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                              Case No.____**09-20998**____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | 2007-2008 Trade Debt | | | | |
| BIO-RAD LABORATORIES, INC. CLINICAL DIAGNOSTIC GROUP, DEPT. 9740 LOS ANGELES, CA 90084 | | - | | | | | | | 1,779.23 |
| Account No. | | | | | 2007-2008 Trade Debt | | | | |
| BIOMERIEUX, INC. PO BOX 500308 ST. LOUIS, MO 63150 | | - | | | | | | | 3,438.07 |
| Account No. | | | | | | | | | |
| BOILER ROOM SERVICES PO BOX 558 IMPERIAL, PA 15126 | | - | | | | | | | 0.00 |
| Account No. | | | | | 2007-2008 Trade Debt | | | | |
| BOZIC COMMUNCATIONS, INC. PO BOX 129 MIDWAY, PA 15060 | | - | | | | | | | 15,198.30 |
| Account No. | | | | | 2007-2008 Trade Debt | | | | |
| BRACCO DIAGNOSTICS INC PO BOX 532411 ATLANTA, GA 30353 | | - | | | | | | | 6,597.99 |

Sheet no. _5_ of _46_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    27,013.59

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brownsville Health Services, Inc.**                                          Case No.   **09-20998**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | | | | | | |
| **BRIGGS CORPORATION** **PO BOX 1355** **DESMOINES, IA 50306** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **BRIGHTPAGES.COM** **PO BOX 15132** **WILMINGTO, DE 19850-5132** | - | | | | | | 0.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **Brownsville Area School District** **1025 Lewis Street** **Brownsville, PA 15417** | - | | | | | | 11,396.77 |
| Account No. | | | | | | | |
| **BROWNSVILLE BOYS BASKETBALL BOOSTERS** **PO BOX 402** **REPUBLIC, PA 15475** | - | | | | | | 0.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **Brownsville Bus Line** **c/o Frank Ricco** **101 Center Street** **Brownsville, PA 15417** | - | | | | | | 392,000.00 |

| | | |
|---|---|---|
| Sheet no. **6** of **46** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 403,396.77 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brownsville Health Services, Inc.**                                    Case No.    **09-20998**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **BROWNSVILLE HARDWARE 6027 NATIONAL PIKE GRINDSTONE, PA 15442** | - | | | | | | 334.63 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **BROWNSVILLE RADIOLOGY, PC THREE GATEWAY CENTER, 20TH FLOOR, 401 LIBERTY AVENUE, SUITE 2000 PITTSBURGH, PA 15222** | - | | | | | | 49,224.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **C & G TECHNOLOGIES 6209 GHEENS MILL ROAD JEFFERSONVILLE, IN 47130** | - | | | | | | 75,500.00 |
| Account No. | | | | | | | |
| **C. SCOTT GILBERT COMMUNICATIONS, LLC 183 MAIN STREET BROOKVILLE, PA 15825** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **CALLIBRA/ INNOVATIVE PROJECTS LAB, INC. SUITE 1400, 1450 EAST AMERICAN LANE SCHAUMBURG, IL 60173** | - | | | | | | 0.00 |

Sheet no. _7_ of _46_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

125,058.63

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brownsville Health Services, Inc.**                                    Case No.   **09-20998**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2007-2008 Trade Debt | | | | |
| Cap College of American Pathology 325 Waukegon Road Winnetka, IL 60093 | - | | | | | | | 6,753.42 |
| Account No. | | | | 2007-2008 Trade Debt | | | | |
| CARDELLO ELECTRIC SUPPLY & LIGHTING 701 NORTH POINT DRIVE PITTSBURGH, PA 15233 | - | | | | | | | 2,795.00 |
| Account No. | | | | 2007-2008 Trade Debt | | | | |
| CARDINALHEALTH 7000 CARDINAL PLACE, METRO #3 DUBLIN, OH 43017 | | | | | | | | 3,308.38 |
| Account No. | | | | 2007-2008 Trade Debt | | | | |
| CARSTENS 7310 W. WILSON AVENUE, PO BOX 99110 CHICAGO, IL 60656 | - | | | | | | | 842.82 |
| Account No. | | | | 2007-2008 Trade Debt | | | | |
| CENTER INDEPENDENT OIL CO. 407 ROWES RUN ROAD SMOCK, PA 15480 | - | | | | | | | 6,390.90 |

Sheet no. __8__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         20,090.52

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                          Case No.____**09-20998**_____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No.<br><br>**CENTRAL BLOOD BANK OF PITTSBURGH**<br>**PO BOX 3475**<br>**PITTSBURGH, PA 15230** | | - | | | | | 0.00 |
| Account No.<br><br>**CLARITY IMAGING TECHNOLOGIES, INC.**<br>**75 CADWELL DRIVE, SUITE A**<br>**Springfield, MA 01104** | | - | **2007-2008**<br>**Trade Debt** | | | | 714.30 |
| Account No.<br><br>**CLIA LABORATORY PROGRAM**<br>**PO BOX 70948**<br>**CHARLOTTE, NC 28272** | | - | **2007-2008**<br>**Trade Debt** | | | | 2,937.00 |
| Account No.<br><br>**COLUMBIA GAS OF PA, INC.**<br>**PO BOX 9001846**<br>**LOUISVILLE, KY 40290** | | - | **2007-2008**<br>**Trade Debt** | | | | 136,740.58 |
| Account No.<br><br>**CONSOLIDATED COMMUNICATIONS**<br>**2710 ROCHESTER ROAD**<br>**CRANBERRY TOWNSHIP, PA 16066** | | - | **2007-2008**<br>**Trade Debt** | | | | 16,715.65 |

Sheet no. __**9**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

157,107.53

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                          Case No.____**09-20998**____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CORNER SECURITY**<br>**137 CENTER STREET**<br>**MILLSBORO, PA 15348** | | - | **2007-2008**<br>**Trade Debt** | | | | 6,272.00 |
| Account No.<br><br>**CORPORATE EXPRESS, INC.**<br>**PO BOX 71217**<br>**CHICAGO, IL 60694** | | - | **2007-2008**<br>**Trade Debt** | | | | 6,294.90 |
| Account No.<br><br>**COURTESY OIL**<br>**429 PECHIN ROAD**<br>**DUNBAR, PA 15431** | | - | **2007-2008**<br>**Trade Debt** | | | | 1,960.59 |
| Account No.<br><br>**CPSI CLEAR DIRECTION**<br>**PO BOX 850309**<br>**MOBILE, AL 36685** | | - | **2007-2008**<br>**Trade Debt** | | | | 187,440.16 |
| Account No.<br><br>**CROWN SOFTWARE**<br>**186 LONELY OAKS**<br>**KILLEEN, TX 76542** | | - | **2007-2008**<br>**Trade Debt** | | | | 7,035.00 |

Sheet no. __10__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **209,002.65**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                               Case No. ___**09-20998**___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **D.H. BERENTHAL & SONS PO BOX 13527 PITTSBURGH, PA 15243** | - | | | | | | 34.56 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **DAN TAYLOR INTERIORS, INC 190 BILMAR DRIVE, SUITE 150 PITTSBURGH, PA 15205** | - | | | | | | 87,380.66 |
| Account No. | | | | | | | |
| **DEFURIO MONGELL & ASSOCIATES, INC. 221 PITTSBURG STREET SCOTTDALE, PA 15683** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **DELUXE BUSINESS CHECKS PO BOX 64046 ST. PAUL, MN 55164** | - | | | | | | 0.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **DENNIS REFRIGERATION PO BOX 332 HOPWOOD, PA 15445** | - | | | | | | 313.27 |

Sheet no. __11__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    87,728.49

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                          Case No. ___**09-20998**___
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | | | |
| Account No.<br><br>**DIRECT SUPPLY**<br>**BOX 88201**<br>**MILWAUKEE, WI 53288** | | - | **2007-2008**<br>**Trade Debt** | | | | | | 3,215.18 |
| Account No.<br><br>**DISCHARGE 1-2-3 -CALLIBRA, INC.**<br>**1450 EAST AMERICAN LAND, SUITE 1400**<br>**SCHAUMBURG, IL 60173** | | - | **2007-2008**<br>**Trade Debt** | | | | | | 2,950.00 |
| Account No.<br><br>**DISCOUNT SCHOOL SUPPLY**<br>**FILE NO. 73847, PO BOX 60000**<br>**SAN FRANCISCO, CA 94160** | | | **2007-2008**<br>**Trade Debt** | | | | | | 98.48 |
| Account No.<br><br>**DISKRITER, INC.**<br>**3257 WEST LIBERTY AVENUE**<br>**PITTSBURGH, PA 15216** | | - | | | | | | | 0.00 |
| Account No.<br><br>**DONALD CROFTCHECK TAX COLLECTOR**<br>**PO BOX 795**<br>**REPUBLIC, PA 15475** | | - | **2007-2008**<br>**Trade Debt** | | | | | | 17,398.45 |

Sheet no. __12__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **23,662.11**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    Case No.    **09-20998**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **DUNLEVY CONSTRUCTION, INC** **20 WHEATLEY ROAD** **CHARLEROI, PA 15022** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **E PEOPLE HEALTH CARE, LLC** **1108 OHIO RIVER BLVD., SUITE #803** **SEWICKLEY, PA 15143** | - | | | | | | 0.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **E POWERDOC, INC** **PO BOX 241642** **OMAHA, NE 68124** | - | | | | | | 2,400.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **EASTERN LAND MANAGEMENT** **841 OLD NATIONAL PIKE** **BROWNSVILLE, PA 15417** | - | | | | | | 7,050.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **ECOLAB** **PO BOX 905327** **CHARLOTTE, NC 28290** | - | | | | | | 455.76 |

Sheet no. __13__ of __46__ sheets attached to Schedule of            Subtotal            9,905.76
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                      Case No.    **09-20998**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| Account No. | | | **2007-2008** **Trade Debt** | | | | |
| **ED & MARK'S LOCKSMITH** **7615 NATIONAL PIKE** **UNIONTOWN, PA 15401** | | - | | | | | 2,771.00 |
| Account No. | | | | | | | |
| **ELMO'S** **210 SECOND STREET** **BROWNSVILLE, PA 15417** | | - | | | | | 0.00 |
| Account No. | | | **2007-2008** **Trade Debt** | | | | |
| **EMS SOUTHWEST INC.** **4158 OLD WILLIAM PENN HIGHWAY** **MURRAYSVILLE, PA 15668** | | - | | | | | 943.20 |
| Account No. | | | **2007-2008** **Trade Debt** | | | | |
| **ENV SERVICES TESTING &** **CERTIFICATION, IN** **2880 BERGY ROAD, SUITE K** **HATFIELD, PA 19440** | | - | | | | | 595.00 |
| Account No. | | | **2007-2008** **Trade Debt** | | | | |
| **ERG -EXECUTIVE RESOURCE GROUP** **2230 SUNSET BLVD. SUITE 330-148** **ROCKLIN, CA 95765** | | - | | | | | 13,630.00 |

Sheet no. __14__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,939.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                          Case No.____**09-20998**____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**EZ TO USE YELLOW BOOK.COM**<br>**PO BOX 1433**<br>**ALTOONA, PA 16603-1433** | - | | | **2007-2008**<br>**Trade Debt** | | | | 1,536.00 |
| Account No.<br><br>**FAVORITE HEALTHCARE STAFFING**<br>**7255 WEST 98TH TERRACE, SUITE 150, BLDG.**<br>**OVERLAND PARK, KS 66212** | - | | | **2007-2008**<br>**Trade Debt** | | | | 4,909.17 |
| Account No.<br><br>**Fayette COunty Tax Claim Bureau**<br>**61 East Main Street**<br>**Uniontown, PA 15401** | - | | | **2007-2008**<br>**Trade Debt** | | | | 1,738.68 |
| Account No.<br><br>**FAYETTE EMS**<br>**KEITH A. SMOLK, 763 ARENSBURG RD.**<br>**EAST MILLSBORO, PA 15433** | - | | | **2007-2008**<br>**Trade Debt** | | | | 1,064.00 |
| Account No.<br><br>**FAYETTE HEATING & AIR**<br>**PO BOX 1093,RTE. 119 N**<br>**UNIONTOWN, PA 15401** | - | | | **2007-2008**<br>**Trade Debt** | | | | 1,176.00 |

Sheet no. __15__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        |  10,423.85

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brownsville Health Services, Inc.**                                    Case No. ___**09-20998**___
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **FIRST INSURANCE FUNDING 450 SKOKIE BLVD., SUITE 1000 NORTHBROOK, IL 60062** | - | | | | | | 39,502.17 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **FISHER (HEALTHCARE) SCIENTIFIC CO. LLC 4500 TURNBERRY DRIVE HANOVER PARK, IL 60133** | - | | | | | | 61,306.42 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **FORD BUSINESS MACHINES 700 LAUREL DR. CONNELLSVILLE, PA 15425** | - | | | | | | 16,710.00 |
| Account No. | | | | | | | |
| **FOX-CLUSS GLASS COMPANY 1205 CONNELLSVILLE ROAD PO BOX 338 LEMONT FURNACE, PA 15456** | - | | | | | | 0.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **FRENCH TOWEL & UNIFORM 366 SOUTH MT. VERNON AVE UNIONTOWN, PA 15401** | - | | | | | | 501.00 |

Sheet no. __16__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          118,019.59

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    Case No.    **09-20998**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **GENERAL HEALTHCARE RESOURCES 2250 HICKORY ROAD SUITE 240 PLYMOUTH MEETING, PA 19462** | - | | | | | | 14,352.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **GENERAL PRODUCTS & SUPPLY, INC. MURRYSVILLE BUSINESS PARK 101 TECHNOLOGY EXPORT, PA 15632** | - | | | | | | 5,652.18 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **GEORGE MARKER & SONS INC PO BOX 219 MCKEESPORT, PA 15134** | - | | | | | | 2,504.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **GLOBAL DOSIMETRY SOLUTIONS PO BOX 19536 IRVINE, CA 92623** | - | | | | | | 424.23 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **GRAINGER 8211 BAVARIA ROAD MACEDONIA, OH 44056** | - | | | | | | 797.94 |

Sheet no. __17__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      23,730.35

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    Case No.    **09-20998**

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2007-2008 Trade Debt | | | | |
| **GRANDVIEW MEDICAL RESOURCES,INC 200 VILLANI DRIVE SUITE 3003 BRIDGEVILLE, PA 15017** | - | | | | | | | 2,200.00 |
| Account No. | | | | 2007-2008 Trade Debt | | | | |
| **H&H WATER CONTROLS, INC 565 ROUTE 88 SOUTH CARMICHAELS, PA 15320** | - | | | | | | | 3,636.11 |
| Account No. | | | | 2007-2008 Trade Debt | | | | |
| **HC PRO PO BOX 1168 Marblehead, MA 01945-5168** | - | | | | | | | 289.38 |
| Account No. | | | | 2007-2008 Trade Debt | | | | |
| **HEALTH CARE LOGISTICS, INC. PO BOX 25 CIRCLEVILLE, OH 43113** | - | | | | | | | 2,199.65 |
| Account No. | | | | 2007-2008 Trade Debt | | | | |
| **HEALTHCARE CLAIMS MGT, CORP PO BOX 781269 SAN ANTONIO, TX 78278** | - | | | | | | | 10,795.83 |

Sheet no. __18__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **19,120.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    Case No. ___**09-20998**___
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | 2007-2008 | | | | |
| **HERALD-STANDARD** **8-18 EAST CHURCH STREET** **UNIONTOWN, PA 15401** | - | | Trade Debt | | | | 3,666.98 |
| **Account No.** | | | 2007-2008 | | | | |
| **HIGHLANDS HOSPITAL** **401 EAST MURPHY AVE** **CONNELLSVILLE, PA 15425** | - | | Trade Debt | | | | 3,247.80 |
| **Account No.** | | | 2007-2008 | | | | |
| **HIGHMARK BLUE SHIELD** **SUITE 2331, TEAM 2284, PO BOX 382146** **PITTSBURGH, PA 15250** | - | | Trade Debt | | | | 330,468.84 |
| **Account No.** | | | 2007-2008 | | | | |
| **HOBART SALES & SERVICE** **748-750 HIGHLAND AVE** **GREENSBURG, PA 15601** | - | | Trade Debt | | | | 0.00 |
| **Account No.** | | | 2007-2008 | | | | |
| **HOSPITAL MD** **200 WESTPARK DR SUITE 325** **PEACHTREE CITY, GA 30269** | - | | Trade Debt | | | | 0.00 |

Sheet no. _**19**_ of _**46**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    337,383.62

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    Case No.    **09-20998**
                                                            ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No.<br><br>**HOSPITAL SOLUTIONS**<br>**200 WESTPARK DR SUITE 325**<br>**PEACHTREE CITY, GA 30269** | - | **2007-2008**<br>**Trade Debt** | | | | | | 0.00 |
| Account No.<br><br>**HRANEC CORPORATION SHEET**<br>**METAL CONTRACTO**<br>**763 ROUTE 21**<br>**UNIONTOWN, PA 15401** | - | **2007-2008**<br>**Trade Debt** | | | | | | 60,288.27 |
| Account No.<br><br>**IDEARC MEDIA CORPORATION**<br>**ATTN. CUSTOMER SERVICE DEPT.**<br>**PO BOX 6108**<br>**DFW AIRPORT, TX 75261** | - | **2007-2008**<br>**Trade Debt** | | | | | | 3,434.04 |
| Account No.<br><br>**INSURANCE INNOVATIONS, INC**<br>**85 MOUNTAIN VIEW STREET**<br>**UNIONTOWN, PA 15401** | - | **2007-2008**<br>**Trade Debt** | | | | | | 900.00 |
| Account No.<br><br>**INTERMETRO INDUSTRIES CORP**<br>**651 NORTH WASHINGTON STREET**<br>**WILKES-BARRE, PA 18705** | - | **2007-2008**<br>**Trade Debt** | | | | | | 2,718.84 |

Sheet no. __20__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          67,341.15

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    Case No. ___**09-20998**___
                                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **Internal Revenue Service** Philadelphia, PA 19255 | - | | | | | | 1,529,987.94 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **ITXM** PO BOX 3455 PITTSBURGH, PA 15230 | - | | | | | | 2,486.36 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **JOHN P VETTICA, JR.** 600 COMMERCE DRIVE SUITE 601 MOON TOWNSHIP, PA 15108 | - | | | | | | 13,827.50 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **JOHNSON & JOHNSON (ORTHO)** ORTHO CLINICAL DIAGNOSTICS LOCKBOX 12 5972 COLLECTIONS CENTER DR. CHICAGO, IL 60693 | - | | | | | | 12,392.27 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **JOHNSON & JOHNSON FINANCE CORP** PO BOX 409770 ATLANTA, GA 30384 | - | | | | | | 38,848.10 |

Sheet no. __21__ of __46__ sheets attached to Schedule of                    Subtotal                 1,597,542.17
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brownsville Health Services, Inc.**                              Case No.    **09-20998**
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| KB MEDICAL CONSULTING, LLC KELLY BEICKE, 353 BASSETT ROAD BAY VILLAGE, OH 44140 | - | | | | | | 750.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| KEYSTONE REHAB 2 665 PHILADELPHIA STREET INDIANA, PA 15701 | - | | | | | | 1,572.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| KMA REMARKING CORP 222 SOUTH JARED STREET DUBOIS, PA 15801 | - | | | | | | 3,613.36 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| L.M. COLKER COMPANY 2618 PENN AVENUE PITTSBURGH, PA 15222 | - | | | | | | 761.76 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| LAB CORP PO BOX 12140 BURLINGTON, NC 27216 | - | | | | | | 84,979.29 |

Sheet no. __22__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          91,676.41

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    Case No.    **09-20998**
                                                         ,
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| LAUREL STAFFING SERVICES, INC 11 EAST PENN STREET PO BOX 877 UNIONTOWN, PA 15401 | - | | | | | | 7,893.80 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| LVI ENVIRONMENTAL SERVICES INC. 201 PARKWAY VIEW DRIVE PITTSBURGH, PA 15205 | - | | | | | | 67,033.63 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| MARIO D PICCOLOMINI CABINETRY 134 KAIDER ROAD UNIONTOWN, PA 15401 | - | | | | | | 810.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| MASTECH CONSTRUCTION & INTERIORS, INC. 101 RIVER ROAD MCKEES ROCKS, PA 15136 | - | | | | | | 193,357.50 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| MATT DONESEC COURIER SERVICES 151 UNION  STREET UNIONTOWN, PA 15401 | - | | | | | | 2,418.07 |

Sheet no. __23__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **271,513.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    Case No. _____**09-20998**_____
                                                                                      ,
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | 2007-2008 Trade Debt | | | | |
| MAXIM HEALTHCAR SERVICES INC. 7227 LEE DEFOREST DRIVE COLUMBIA, MD 21046 | - | | | | | | | | 4,872.00 |
| Account No. | | | | | 2007-2008 Trade Debt | | | | |
| McCLURE & WOLFE CPA 538 MORGANTOWN STREET UNIONTOWN, PA 15401 | - | | | | | | | | 13,138.87 |
| Account No. | | | | | 2007-2008 Trade Debt | | | | |
| MCKNIGHT MEDICAL 11 MCKEAN AVENUE CHARLEROI, PA 15022 | - | | | | | | | | 1,216.96 |
| Account No. | | | | | 2007-2008 Trade Debt | | | | |
| MED 1 ONLINE LLC 4403 TABLE MOUNTAIN DRIVE SUITE B GOLDEN, CO 80403 | - | | | | | | | | 881.14 |
| Account No. | | | | | 2007-2008 Trade Debt | | | | |
| MEDGRADE PO BOX 3376 BARRINGTON, IL 60011 | - | | | | | | | | 157.25 |

Sheet no. __24__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                         20,266.22
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brownsville Health Services, Inc.**                                    Case No.  **09-20998**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | 2007-2008 Trade Debt | | | | | | |
| MEDLINE INDUSTRIES INC DEPT 1080 PO BOX 121080 DALLAS, TX 75312 | - | | | | | | | 58,474.80 |
| Account No. | | 2007-2008 Trade Debt | | | | | | |
| MEDPIPE PO BOX 541 LAWRENCE, PA 15055 | - | | | | | | | 21,959.25 |
| Account No. | | 2007-2008 Trade Debt | | | | | | |
| MEDRAD GLOBAL CENTER, 100 GLOBAL VIEW DRIVE WARRENDALE, PA 15086 | - | | | | | | | 1,809.84 |
| Account No. | | 2007-2008 Trade Debt | | | | | | |
| MERRY X-RAY  (MXR) PITTSBURGH 1815 PARKWAY VIEW DRIVE PITTSBURGH, PA 15205 | - | | | | | | | 268.84 |
| Account No. | | 2007-2008 Trade Debt | | | | | | |
| METROPOLITAN TELECOMMUNICATIONS PO BOX 9660 MANCHESTER, NH 31108 | - | | | | | | | 0.00 |

| Sheet no. __25__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 82,512.73 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brownsville Health Services, Inc.**                              Case No.____**09-20998**____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| METTEL PO BOX 1056 NEW YORK, NY 10268 | - | | | | | | 1,908.26 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| MILLERS CAPITAL INSURANCE 805  NORTH FRONT STREET BOX 1246 HARRISBURG, PA 17108 | - | | | | | | 1,859.87 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| MOD LAUNDROMAT-ANTHONY DEFORTY 440 LOW HILL ROAD Brownsville, PA 15417-9017 | - | | | | | | 1,180.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| MON VALLEY EMS 1001 DONNER AVENUE MONESSEN, PA 15062 | - | | | | | | 31.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| MONGIOVI & SON  FIRE PROTECTION SERVICES 190 BILMAR DRIVE, SUITE 100 PITTSBURGH, PA 15205 | - | | | | | | 129,810.50 |

Sheet no. __26__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     134,789.63

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                        Case No. ___**09-20998**___
                                              ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **MONGIOVI & SON PLUMBING CONTRACTOR, LP 190 BILMAR DRIVE, SUITE 100 PITTSBURGH, PA 15205** | - | | | | | | 156,057.35 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **MONONGAHELA VALLEY HOSPITAL INC 1163 COUNTRY CLUB ROAD MONONGAHELA, PA 15063** | - | | | | | | 1,341.76 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **NASCO FORT ATKINSON P O BOX 901 FORT ATKINSON, WI 53538** | - | | | | | | 158.94 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **NFPA 11 TRACY DRIVE Avon, MA 02322-1136** | - | | | | | | 150.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **OPPENHEIMER FUNDS ATTN. RETIREMENT PLANS PO BOX 5390 DENVER, CO 80217** | - | | | | | | 5,122.82 |

Sheet no. __27__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      162,830.87

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                      Case No. ___**09-20998**___
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **ORTHO-CLINICAL DIAGNOSTICS ORTHO CLINICAL DIAGNOSTICS LOCKBOX 12 5972 COLLECTIONS CENTER DR. CHICAGO, IL 60693** | - | | | | | | 111,481.89 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **PA DEPT. OF OF REVENUE PO BOX280904094 HARRISBURG, PA 17128** | - | | | | | | 2,117.56 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **PA DEPT. OF LABOR & INDUSTRY 7TH & FORRESTER STREET HARRISBURG, PA 17121** | - | | | | | | 352.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **Parkvale Bank 6023 National Pike East Grindstone, PA 15442** | - | | | | | | 998,846.07 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **PARKVALE BANK PO BOX 607 MONROEVILLE, PA 15146** | - | | | | | | 241,076.38 |

Sheet no. __28__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,353,873.90

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                                    Case No. ____**09-20998**____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Parkvale Bank**<br>**PO Box 607**<br>**Monroeville, PA 15146** | - | | 2007-2008<br>**Trade Debt** | | | | 49,958.20 |
| Account No.<br><br>**PCI MEDICAL**<br>**PO BOX 188**<br>**DEEP RIVER, CT 06417** | - | | 2007-2008<br>**Trade Debt** | | | | 1,202.62 |
| Account No.<br><br>**PELLIS CONSULTING INC**<br>**1103 HARVEY AVENUE**<br>**GREENSBURG, PA 15601** | - | | 2007-2008<br>**Trade Debt** | | | | 1,553.91 |
| Account No.<br><br>**PENN COMMONWEALTH CASUALTY**<br>**OF AMERICA CO**<br>**101 HILLPOINTE DRIVE SUITE 114**<br>**CANONSBURG, PA 15317** | - | | 2007-2008<br>**Trade Debt** | | | | 41,556.00 |
| Account No.<br><br>**PENNSYLVANIA AMERICAN WATER**<br>**PO BOX 371412**<br>**PITTSBURGH, PA 15250** | - | | 2007-2008<br>**Trade Debt** | | | | 11,402.38 |

Sheet no. __29__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                                                     105,673.11

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                              Case No. ___**09-20998**___
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **PERNA HEALTH PHYSICS, INC.** **705 AUGUSTA DRIVE** **BRIDGEVILLE, PA 15017** | - | | | | | | 800.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **PITNEY BOWES GLOBAL FINANCIAL SERVICES L** **PO BOX 856460** **LOUISVILLE, KY 40285** | - | | | | | | 3,545.55 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **PITNEY BOWES PURCHASE POWER** **PO BOX 856042** **LOUISVILLE, KY 40285** | - | | | | | | 5,206.61 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **PRINT** **PO BOX 932** **BETHEL PARK, PA 15102** | - | | | | | | 325.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **PROGRESSIVE MEDICAL INTERNATIONAL** **2460 ASH STREET** **VISTA, CA 92081** | - | | | | | | 7,539.31 |

Sheet no. __**30**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                17,416.47

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    Case No. _____**09-20998**_____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**PRS PHARMACY SERVICES**<br>**PRS CENTER, SUITE 200, PO BOX 852**<br>**LATROBE, PA 15650** | | - | **2007-2008**<br>**Trade Debt** | | | | 13,645.09 |
| Account No.<br><br>**Quill Corporation**<br>**PO Box 94080**<br>**Palatine, IL 60094** | | - | **2007-2008**<br>**Trade Debt** | | | | 237.32 |
| Account No.<br><br>**R & D BATTERIES, INC**<br>**P O BOX5007**<br>**BURNSVILLE, MN 55337** | | - | **2007-2008**<br>**Trade Debt** | | | | 22.02 |
| Account No.<br><br>**RADCLIFF & DEHAAS, LLP**<br>**2 WEST MAIN STREET NATIONAL**<br>**CITY BLDG SU**<br>**UNIONTOWN, PA 15401** | | - | **2007-2008**<br>**Trade Debt** | | | | 4,045.00 |
| Account No.<br><br>**RELIABLE OFFICE SUPPLIES**<br>**8001 INNOVATION WAY**<br>**CHICAGO, IL 60682** | | - | **2007-2008**<br>**Trade Debt** | | | | 1,398.82 |

Sheet no. __31__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,348.25

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    Case No. ___**09-20998**___
                                          ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| RESPIRONICS INC. PO BOX 640817 PITTSBURGH, PA 15264 | - | | | | | | 671.38 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| Robert S. Bernstein Brownsville General Hospital Plan Administrator Gulf Tower, 707 Grant Street Pittsburgh, PA 15219 | - | | | | | | 0.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| ROGER HARDESTY & ASSOCIATES 420 MORGANTOWN STREET KINGWOOD, WV 26537 | - | | | | | | 0.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| ROMEO & SONS 100 ROMEO LANE UNIONTOWN, PA 15401 | - | | | | | | 27,436.25 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| RUSTIC CONSTRUCTION 4633 NATIONAL PIKE MARKLEYSBURG, PA 15459 | - | | | | | | 1,500.00 |

Sheet no. __32__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        29,607.63

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Brownsville Health Services, Inc.**                                    Case No. ___**09-20998**___
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2007-2008 Trade Debt | | | | |
| **S&S WORLDWIDE PO BOX 210 HARTFORD, CT 06141** | - | | | | | | | | 760.67 |
| Account No. | | | | | 2007-2008 Trade Debt | | | | |
| **SAMMONS' PRESTON 1000 REMINGTON BLVD SUITE 210 BOLINGBROOK., IL 60440-5117** | - | | | | | | | | 3,565.63 |
| Account No. | | | | | 2007-2008 Trade Debt | | | | |
| **SANOFI PASTEUR, INC. ATTN: CUSTOMER ACCCOUNT MANAGEMENT DISCOVERY DRIVE SWIFTWATER, PA 18370-0187** | - | | | | | | | | 4,904.43 |
| Account No. | | | | | 2007-2008 Trade Debt | | | | |
| **SCHNEIDER'S DAIRY 726 FRANK STREET PITTSBURGH, PA 15227** | - | | | | | | | | 2,943.92 |
| Account No. | | | | | 2007-2008 Trade Debt | | | | |
| **SCHNEIDER'S DAIRY WASHINGTON PO BOX 644103 PITTSBURGH, PA 15264-4103** | - | | | | | | | | 0.00 |

Sheet no. __**33**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **12,174.65**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                          Case No. _____**09-20998**_____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>SHAMROCK CHEMICAL <br>PO BOX 53 <br>CHARLEROI, PA 15022 | - | | 2007-2008 <br>**Trade Debt** | | | | 133.80 |
| Account No. <br><br>SHAMROCK SCIENTIFIC <br>34 DAVIS DRIVE PO BOX 143 <br>BELLWOOD, IL 60104 | - | | 2007-2008 <br>**Trade Debt** | | | | 1,154.00 |
| Account No. <br><br>SHIPPERT MEDICALTECHNOLOGIES CORPORATION <br>6248 SOUTH TROY CIRCLE, UNIT A <br>CENTENNIAL, CO 80111 | - | | 2007-2008 <br>**Trade Debt** | | | | 326.50 |
| Account No. <br><br>SHRED-IT PITTSBURGH <br>16 COMMERCE DRIVE <br>PITTSBURGH, PA 15239 | - | | 2007-2008 <br>**Trade Debt** | | | | 338.40 |
| Account No. <br><br>SIEMENS HEALTHCARE DIAGNOSTICS INC <br>115 NORWOOD PARK SOUTH <br>Norwood, MA 02062-4633 | - | | 2007-2008 <br>**Trade Debt** | | | | 28.55 |

Sheet no. __34__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal            **1,981.25**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brownsville Health Services, Inc.** ,  Case No. **09-20998**
_____  _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | |
| Account No.                                   2007-2008 Trade Debt | | | | | | | | |
| SIMON ROOFING & SHEET  METAL 70 KARAGO ROAD YOUNGSTOWN, OH 44512 | - | | | | | | | 59,041.00 |
| Account No.                                   2007-2008 Trade Debt | | | | | | | | |
| SIMPLEXGRINNELL NW 5280 PO BOX 1450 MINNEAPOLIS, MN 55485-5280 | - | | | | | | | 25,694.90 |
| Account No.                                   2007-2008 Trade Debt | | | | | | | | |
| SIMPLEXGRINNELL / TYCO DISTRICT #546 220 WEST KENSINGER DRIVE CRANBERRY TOWNSHIP, PA 16066-6415 | - | | | | | | | 0.00 |
| Account No.                                   2007-2008 Trade Debt | | | | | | | | |
| Sirchie Finger Print Laboratories 100 Hunter Place Youngsville, NC 27596 | - | | | | | | | 132.28 |
| Account No.                                   2007-2008 Trade Debt | | | | | | | | |
| SODEXHO PITTSBURGH LINEN SERVICE Attn: Mark Babuscio 304 JUMONVILLE STREET PITTSBURGH, PA 15219 | - | | | | | | | 16,822.86 |

Sheet no. **35** of **46** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      101,691.04

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    Case No.    **09-20998**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**STALEY COMMUNICATIONS, INC.**<br>**PO BOX 6379**<br>**WHEELING, WV 26003** | - | | **2007-2008**<br>**Trade Debt** | | | | 3,785.29 |
| Account No.<br><br>**STANDARD AUTO SUPPLY**<br>**600 MARKET STREET**<br>**BROWNSVILLE, PA 15417** | - | | **2007-2008**<br>**Trade Debt** | | | | 925.51 |
| Account No.<br><br>**STANDARD INSURANCE COMPANY**<br>**PO BOX5676**<br>**PORTLAND, OR 97228-5676** | - | | **2007-2008**<br>**Trade Debt** | | | | 21,570.20 |
| Account No.<br><br>**STATE CHEMICAL MANUFACTURING**<br>**PO BOX 14189**<br>**CLEVELAND, OH 44194-0268** | - | | **2007-2008**<br>**Trade Debt** | | | | 396.45 |
| Account No.<br><br>**STATEWIDE PEST CONTROL**<br>**179 JUNIOR STREET**<br>**HOPWOOD, PA 15445** | - | | **2007-2008**<br>**Trade Debt** | | | | 350.00 |

Sheet no. **36** of **46** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          27,027.45

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                              Case No.    **09-20998**
                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **STERATORE SANITARY SUPPLY** **PO BOX 16** **WASHINGTON, PA 15301** | | - | | | | | 21,598.54 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **STERICYCLE, INC.** **PO BOX 9001590** **LOUISVILLE, KY 40290-1590** | | - | | | | | 5,218.25 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **STRYKER MEDICAL** **3800 EAST CENTRE AVE** **PORTAGE, MI 49002** | | - | | | | | 0.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **STRYKER SALES CORPORATION** **PO BOX 93308** **CHICAGO, IL 60673-3308** | | - | | | | | 34,696.42 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **SUNSET DISCOUNTS** **115 BROWNSVILLE AVENUE** **BROWNSVILLE, PA 15417** | | - | | | | | 306.86 |

Sheet no. __37__ of __46__ sheets attached to Schedule of                          Subtotal                    61,820.07
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    Case No. ____**09-20998**____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| SWRTB 1 CENNTENNIAL WAY SCOTTDALE, PA 15683 | - | | | | | | | 0.00 |
| Account No. | | | | 2007-2008 Trade Debt | | | | |
| TASC 2302 INTERNATIONAL LANE PO BOX 7098 MADISON, WI 53707-7098 | - | | | | | | | 2,679.04 |
| Account No. | | | | 2007-2008 Trade Debt | | | | |
| TB&A HOSPITAL TELEVISION INC 20 PINEVIEW DRIVE AMHURST, NY 14228 | - | | | | | | | 23,800.00 |
| Account No. | | | | 2007-2008 Trade Debt | | | | |
| THE MORGAN LENS (MORTAN, INC) 329 EAST PINE STREET PO BOX 8719 MISSOULA, MT 59807 | - | | | | | | | 429.32 |
| Account No. | | | | 2007-2008 Trade Debt | | | | |
| THE VERIFICATION GROUP PO BOX 14023 JACKSON, MS 39236 | - | | | | | | | 12,425.01 |

Sheet no. __38__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        39,333.37

B6F (Official Form 6F) (12/07) - Cont.

In re **Brownsville Health Services, Inc.**                                    Case No. ____**09-20998**____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2007-2008 **Trade Debt** | | | | |
| **THOMPSON HEALTH CARE, INC. 6200 S SYRACUSE WAY SUITE 300 GREENWOOD VILLAGE, CO 80111-4740** | - | | | | | | | 958.48 |
| Account No. | | | | 2007-2008 **Trade Debt** | | | | |
| **THROWER COMMUNICATIONS PO BOX 279 SAXONBURG, PA 16056-0279** | - | | | | | | | 657.20 |
| Account No. | | | | 2007-2008 **Trade Debt** | | | | |
| **TICO ELECTRIC, INC 120 Atlantic Avenue Mckeesport, PA 15132** | - | | | | | | | 132,413.41 |
| Account No. | | | | 2007-2008 **Trade Debt** | | | | |
| **TIMEMED 144 TOWER DRIVE BURR RIDGE, IL 60527** | - | | | | | | | 2,094.85 |
| Account No. | | | | 2007-2008 **Trade Debt** | | | | |
| **TOBEY-KARG SERVICE AGENCY, INC 4640 CAMPBELLS RUN RD PITTSBURGH, PA 15205-1382** | - | | | | | | | 8,916.00 |

Sheet no. **39** of **46** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        145,039.94

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                          Case No. _____**09-20998**_____
                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| TRI-COMM ALTERNATIVE SERVICES 301 SOUTH ARCH STREET PO BOX 305 CONNELLSVILLE, PA 15425 | - | | | | | | 100.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| TRI-COUNTY MECHANICAL SERVICES PO BOX 543 BROWNSVILLE, PA 15417 | - | | | | | | 432.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| TRU-COPY PRINTING SERVICE 13-15- ARCH STREET PO BOX 390 BROWNSVILLE, PA 15417 | - | | | | | | 34,352.48 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| UNIONTOWN HOSPITAL 500 W BERKELEY Uniontown, PA 15401-5514 | - | | | | | | 2,395.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| UNITED CONCORDIA COMPANIES PO BOX 827399 PHILADELPHIA, PA 19182-7399 | - | | | | | | 13,238.85 |

Sheet no. __40__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,518.33

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    Case No.    **09-20998**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**UNITED REFRIGERATION**<br>**11401 ROOSEVELT BLVD.**<br>**PHIALDELPHIA, PA 19154-2197** | - | | **2007-2008**<br>**Trade Debt** | | | | 4,060.00 |
| Account No.<br><br>**UNITED SAFETY SERVICES INC**<br>**416 MAIN ST**<br>**CARNEGIE, PA 15106-2908** | - | | **2007-2008**<br>**Trade Debt** | | | | 690.00 |
| Account No.<br><br>**UNITED STATES PLASTIC CORP.**<br>**1390 NEUBRECHT RD**<br>**LIMA, OH 45601-3196** | - | | **2007-2008**<br>**Trade Debt** | | | | 86.65 |
| Account No.<br><br>**UNIVAR**<br>**PO BOX 34325**<br>**SEATTLE, WA 98124-1325** | - | | **2007-2008**<br>**Trade Debt** | | | | 759.56 |
| Account No.<br><br>**UNIVAR PITTSBURGH BUNOLA**<br>**328 BUNOLA RIVER ROAD**<br>**BUNOLA, PA 15020** | - | | **2007-2008**<br>**Trade Debt** | | | | 0.00 |

Sheet no. **41** of **46** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,596.21

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    , Case No. _____**09-20998**_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| UNIVAR USA  INC 13009 COLLECTIONS CTR DR CHICAGO, IL 60693 | - | | | | | | 0.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| UNIVERSAL DIAGNOSTIC SOLUTIONS 101 COPPERWOOD WAY, STE A OCEANSIDE, CA 92054 | - | | | | | | 12,000.00 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| UNIVERSAL HOSPITAL SERVICES 500 BURSCA DR SUITE 501 BRIDGEVILLE, PA 15017 | - | | | | | | 13,989.46 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| UNIVERSAL MEDICAL SERVICES, INC PO BOX 986 BEVER FALLS, PA 15010 | - | | | | | | 26,882.16 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| UPMC POISON CONTROL CENTER UPMC 200 LOTHROP ST 8051 FORBES TOWERS PITTSBURGH, PA 15213 | - | | | | | | 6,200.00 |

| Sheet no. _**42**_ of _**46**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 59,071.62 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                          Case No. ____**09-20998**____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| US FOOD SERVICE PO BOX 643190 PITTSBURGH, PA 15264 | - | | | | | | 14,660.84 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| USAMOBILITY WIRELESS 350 AUTOMATION WAY BIRMINGHAM, AL 35210 | - | | | | | | 23.50 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| VALLEY NATIONAL GASES, LLC 1014 NATIONAL PIKE BOX 1062 UNIONTOWN, PA 15401-1062 | - | | | | | | 19,250.97 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| VERIZON PO BOX 4648 TRENTON, NJ 08650-4648 | - | | | | | | 3,245.28 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| VISION FINANCIAL GROUP 615 IRON CITY DRIVE PITTSBURGH, PA 15205 | - | | | | | | 61,007.93 |

| Sheet no. __43__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 98,188.52 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brownsville Health Services, Inc.**                              Case No.   **09-20998**
                                              _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **VITALITY MEDICAL INC** **7938 S. 3500 E. SUITE B-200** **SALT LAKE CITY, UT 84121** | | - | | | | | 117.12 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **WALLY CORPORATION** **408 WALLY DR PO BOX BB** **UNIONTOWN, PA 15401** | | - | | | | | 872,231.21 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **WASHINGTON HOSPITAL** **155 WILSON AVE** **WASHINGTON, PA 15301** | | - | | | | | 1,301.39 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **WELCH ALLYN** **CREDIT DEPARTMENT PO BOX 220** **SKANEATELES FALLS, NY 13153-0220** | | - | | | | | 106,975.35 |
| Account No. | | | 2007-2008 Trade Debt | | | | |
| **WESCO INSURANCE COMPANY** **26000 CANNON RD** **CLEVELAND, OH 44146** | | - | | | | | 175.00 |

Sheet no.  **44**  of  **46**   sheets attached to Schedule of                          Subtotal                       980,800.07
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                                    Case No.    **09-20998**
                                                                              ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>West View-Cunningham Co., Inc.<br>#2 Four Coins Drive<br>Canonsburg, PA 15317 | - | | 2007-2008<br>**Trade Debt** | | | | 1,480.00 |
| Account No.<br><br>WORLWIDE FINANCIAL NETWORK INC<br>JOHN STALICK 7233 CHURCH RANCH<br>WESTMINSTER, CO 80021 | - | | 2007-2008<br>**Trade Debt** | | | | 87,423.36 |
| Account No.<br><br>WORLWIDE FINANCIAL NETWORK INC<br>BEN BRANSON, PRES PEOPLE BANK & TRUST<br>517 WASHINTON ST<br>RYAN, OK 73565 | - | | 2007-2008<br>**Trade Debt** | | | | 27,000.00 |
| Account No.<br><br>WORLWIDE FINANCIAL NETWORK INC<br>MAURICE I. HORIWITZ SPOUSAL TRUST<br>370 MAIN STREET STE 925<br>WORCHESTER, MA 01608 | - | | 2007-2008<br>**Trade Debt** | | | | 102,083.20 |
| Account No.<br><br>YELLOW BOOK USA<br>2560 RENAISSANCE BLVD<br>KING OF PRUSSIA, PA 19406 | - | | 2007-2008<br>**Trade Debt** | | | | 293.87 |

| | |
|---|---|
| Sheet no. __45__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page)  **218,280.43** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brownsville Health Services, Inc.**                    ,    Case No. ___**09-20998**___

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ZURICH NORTH AMERICA**<br>**8712 INNOVATION WAY**<br>**CHACAGO, IL 60682-0087** | | - | **2007-2008**<br>**Trade Debt** | | | | 1,741.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __46__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 1,741.00 |
| Total (Report on Summary of Schedules) | | 7,635,989.90 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Brownsville Health Services, Inc.**                                                    Case No. ____**09-20998**____
                                                                      ,
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **BECKMAN COULTER, INC**<br>**4300 N. HARBOR BLVD. PO BOX 3100**<br>**FULLERTON, CA 92834** | **Various Lab Equipment** |
| **JOHNSON & JOHNSON FINANCE CORP**<br>**PO BOX 409770**<br>**ATLANTA, GA 30384** | **Various Lab Equipment** |
| **UNIVERSAL MEDICAL SERVICES, INC**<br>**PO BOX 986**<br>**BEVER FALLS, PA 15010** | **Various X-Ray Equipment** |

0
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL. - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Brownsville Health Services, Inc.**                                    Case No.    **09-20998**
                                                              ,
                                   Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Brownsville Health Services, Inc.**                                    Case No.   **09-20998**
                                                    Debtor(s)                     Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                                                Debtor

Date _____     Signature: _____
                                                                    (Joint Debtor, if any)

                                                    [If joint case, both spouses must sign.]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the   **Chairman of the Board**   [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the   **corporation**   [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **57**   sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 20, 2009**                          Signature:   **/s/ Frank Ricco**
                                                                **Frank Ricco**
                                                                [Print or type name of individual signing on behalf of debtor]

    *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Brownsville Health Services, Inc.**                  Case No.    **09-20998**

                                              Debtor(s)            Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2007 - Business was not operational until May 2008** |
| **$12,800,000.00** | **2008 - Operation of Business** |
| **$850,000.00** | **2009 - Operation of Business** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attched Exhibit A** | | | |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **LVI Environmental Services, Inc.** **v.** **Brownsville Health Services** | **Civil** | **Court of Common Pleas Fayette County** | **Mechanics Lien** |
| **Hranec Sheet Metal, Inc.** **v.** **Brownsville Health Services** | **Civil** | **Court of Common Pleas of Fayette County** | **Stayed** |

Brownsville Health Services Corporation d.b.a Brownsville Tri-County Hospital
Vendors/Contractors Paid From November 18, 2008 - February 18, 2009

| Date | Vendor/Contractor | Amount Pd | |
|------|-------------------|-----------|---|
| 11/20/2008 | Romeo and Sons | 976.65 | |
| 11/21/2008 | Hospital Solutions | 6155.5 | |
| 11/20/2008 | Schneider's Dairy | 245.92 | |
| 11/21/2008 | Ortho Clinical Diagnostics | 5215.7 | |
| 11/21/2008 | Hospital MD, LLC | 69000 | |
| 11/24/2008 | Ortho Clinical Diagnostics | 15436.85 | |
| 11/21/2008 | Simplex Grinnell Financial Services | 4253.61 | |
| 11/20/2008 | ePeople Healthcare | 2000 | |
| 11/24/2008 | Schneider's Dairy | 225.88 | |
| 11/20/2008 | St. Johns Company Inc. | 1041.74 | |
| 11/20/2008 | Baxter Healthcare | 1678.4 | |
| 11/24/2008 | U.S. Foodservice | 1302.87 | |
| 11/21/2008 | Hospital MD, LLC | 14950 | |
| 11/20/2008 | Allied Waste Services | 109.01 | |
| 11/25/2008 | Fisher Scientific | 3441.32 | |
| 11/20/2008 | Allied Waste Services | 763.02 | |
| 11/25/2008 | U.S. Foodservice | 1992.71 | |
| 11/20/2008 | U.S. Foodservice | 2308 | |
| 11/20/2008 | Valley National Gases | 517.06 | |
| 11/24/2008 | Medline Industries | 5362.02 | |
| 11/24/2008 | Global Dosimetry Solutions, Inc. | 758.8 | |
| 12/4/2008 | Corner Security | 3780 | |
| 12/2/2008 | Schneider's Dairy | 200.18 | |
| 11/28/2008 | Laboratory Corporation of America | 33988.7 | |
| 11/25/2008 | Pellis Consulting | 2625 | |
| 11/25/2008 | Baxter Healthcare | 1813.46 | |
| 12/2/2008 | Worldwide Financial Network | 5285.28 | |
| 12/4/2008 | Fisher Scientific | 2968.62 | |
| 11/28/2008 | Pellis Consulting | 1000 | |
| 12/2/2008 | Medline Industries | 9644.86 | NSF |
| 12/5/2008 | Hospital Solutions | 9605 | |
| 12/8/2008 | Ravindra Mehta, MD | 6250 | |
| 11/28/2008 | Sodexho Operations | 2600 | |
| 12/8/2008 | Mundels Furniture and Appliance Outlet | 248.88 | |
| 12/8/2008 | Consolidated Communications | 3000 | |
| 12/10/2008 | Medline Industries | 6355.24 | |
| 12/5/2008 | Valley National Gases | 3100 | |
| 12/4/2008 | U.S. Foodservice | 1778.27 | |
| 12/8/2008 | Statewide Pest Control | 2100 | |
| 12/15/2008 | Worldwide Financial Network | 1406.43 | |
| 12/15/2008 | Schneider's Dairy | 254.54 | |
| 12/19/2008 | Corner Security | 3780 | |
| 12/2/2008 | TimeMed | 633.75 | |
| 11/28/2008 | Stericycle, Inc | 1894.5 | |
| 12/19/2008 | Ravindra Mehta, MD | 6250 | |
| 12/19/2008 | Schneider's Dairy | 201.74 | |
| 12/19/2008 | Romeo and Sons | 2407.61 | |

# EXHIBIT A

| Date | Payee | Amount | |
|---|---|---|---|
| 12/19/2008 | First Insurance Funding | 10344.17 | |
| 12/19/2008 | Ortho Clinical Diagnostics | 5746.18 | |
| 12/23/2008 | Schneider's Dairy | 221.94 | |
| 12/18/2008 | Medline Industries | 2437.09 | |
| 12/18/2008 | Hospital MD, LLC | 40000 | |
| 12/30/2008 | Corner Security | 3780 | |
| 12/24/2008 | Standard Insurance | 10551.15 | |
| 12/22/2008 | Fisher Scientific | 6388.19 | |
| 12/18/2009 | Hospital Solutions | 9605 | |
| 12/24/2008 | Penn Commonwealth Casualties of America | 6926 | |
| 12/29/2008 | Highmark | 20000 | NSF |
| 12/29/2008 | Schneider's Dairy | 404.74 | |
| 12/30/2008 | Romeo and Sons | 1423.3 | NSF |
| 12/31/2008 | Worldwide Financial Network | 3236.4 | |
| 1/5/2009 | MOD Laundromat | 700 | |
| 12/30/2008 | Branson Properities | 1406.43 | |
| 12/31/2008 | Baxter Healthcare | 2702.62 | |
| 12/31/2008 | Pellis Consulting | 2500 | |
| 12/31/2008 | Valley National Gases | 3100 | |
| 12/31/2008 | Dennis Refrigeration | 1821.17 | |
| 12/18/2008 | Hospital MD, LLC | 9490 | NSF |
| 12/18/2008 | Hospital MD, LLC | 43950 | NSF |
| 12/31/2008 | S. Scott Gilbert Communications | 2700 | |
| 12/31/2008 | Simplex Grinnell Financial Services | 4253.61 | NSF |
| 12/20/2008 | Blout Paving | 350 | |
| 12/20/2008 | Eastern Land Management Corporation | 600 | |
| 1/9/2009 | Romeo and Sons | 3206.18 | |
| 1/9/2009 | Eastern Land Management Corporation | 3510.98 | |
| 1/9/2009 | Romeo and Sons | 1423.3 | |
| 1/8/2009 | S. Scott Gilbert Communications | 2700 | |
| 12/24/2008 | Biomerieux | 2704.28 | |
| 1/9/2009 | Laboratory Corporation of America | 9859.81 | |
| 1/12/2009 | Fisher Scientific | 10000 | |
| 1/14/2009 | Corner Security | 3780 | |
| 1/12/2009 | Worldwide Financial Network | 3236.4 | |
| 1/12/2009 | Standard Insurance | 10043.88 | |
| 12/31/2008 | Diskriter, Inc. | 4000 | |
| 1/12/2009 | Schneider's Dairy | 264.99 | |
| 1/9/2009 | Tribune Review Publishing | 1326.83 | |
| 1/15/2009 | First Insurance Funding | 20247.82 | |
| 1/9/2009 | Tribune Review Publishing | 296 | |
| 1/15/2009 | Romeo and Sons | 3380.21 | |
| 1/13/2009 | Ortho Clinical Diagnostics | 5341.6 | |
| 1/13/2009 | Merry X Ray (MXR) Pittsburgh | 400 | |
| 1/15/2009 | Penn Commonwealth Casualties of America | 6926 | |
| 1/16/2009 | Elmo's | 682 | |
| 1/21/2009 | Hospital MD, LLC | 40000 | |
| 1/21/2009 | Hospital MD, LLC | 43950 | |
| 1/21/2009 | NPS e-Recovery | 46.03 | |
| 1/9/2009 | Consolidated Communications | 4356.74 | |
| 1/20/2009 | AFLAC | 6088.52 | NSF |
| 1/16/2009 | Valley National Gases | 3764.88 | |

| Date | Payee | Amount | |
|------|-------|--------|---|
| 1/5/2009 | TASC | 300 | |
| 1/20/2009 | Schneider's Dairy | 370.11 | |
| 1/16/2009 | Sodexho Operations | 10350.48 | |
| 1/23/2009 | Romeo and Sons | 1665.88 | |
| 1/16/2009 | Vision Financial | 1000 | |
| 1/21/2009 | Standard Insurance | 10043.88 | |
| 1/28/2009 | Parkvale Bank | 3673.52 | |
| 1/28/2009 | Parkvale Bank | 494.42 | |
| 1/28/2009 | Parkvale Bank | 1618.9 | |
| 1/29/2009 | Corner Security | 3780 | |
| 1/22/2009 | Medline Industries | 11000 | NSF |
| 1/26/2009 | Schneider's Dairy | 334.23 | NSF |
| 1/22/2009 | Ravindra Mehta, MD | 6250 | |
| 1/22/2009 | Allied Waste Services | 1750 | |
| 1/27/2009 | Maurice Hurwitz | 1343.2 | NSF |
| 1/27/2009 | CPSI | 415 | |
| 1/29/2009 | NPS e-Recovery | 30 | |
| 1/26/2009 | Merry X Ray (MXR) Pittsburgh | 25 | |
| 1/22/2009 | Merry X Ray (MXR) Pittsburgh | 170 | |
| 1/29/2009 | Standard Insurance | 10043.88 | NSF |
| 1/29/2009 | Laboratory Corporation of America | 15438.46 | NSF |
| 1/26/2009 | Branson Properities | 2812.86 | |
| 1/30/2009 | Romeo and Sons | 1803.75 | |
| 2/3/2009 | Schneider's Dairy | 268.34 | NSF |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert O Lampl, Attorney at Law** **960 Penn Avenue, Suite 1200** **Pittsburgh, PA 15222** | **2/09** | **$10,000.00** |

**10. Other transfers**

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

### 14. Property held for another person

None
■     List all property owned by another person that the debtor holds or controls.

|                          | DESCRIPTION AND VALUE OF |                      |
| NAME AND ADDRESS OF OWNER | PROPERTY                | LOCATION OF PROPERTY |

### 15. Prior address of debtor

None
■     If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

### 16. Spouses and Former Spouses

None
■     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■     a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

|                       | NAME AND ADDRESS OF | DATE OF  | ENVIRONMENTAL |
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT   | NOTICE   | LAW           |

None
■     b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|                       | NAME AND ADDRESS OF | DATE OF  | ENVIRONMENTAL |
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT   | NOTICE   | LAW           |

None
■     c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF |               |                      |
| GOVERNMENTAL UNIT   | DOCKET NUMBER | STATUS OR DISPOSITION |

6

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Brownsville Health Services, Inc.** | 25-1532670 | **125 Simpson Road Brownsville, PA 15417** | Hospital | 5/22/08 - 2/12/09 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                             ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **James Burnette 401 Camden Cope Peachtree City, GA 30269** | **5/22/08 - 1/13/09** |
| **Mark Reilly 7 South Mount Vernon Avenue Uniontown, PA 15401** | **5/22/08 - 2/14/09** |
| **Judith (Wise) Morrison 130 Hibbs Lane Uniontown, PA 15401** | **5/22/08 - 2/12/09** |
| **Barbara Donfec 151 Union Street Uniontown, PA 15401** | **5/22/08 - Present** |

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                            ADDRESS
**Mark Reilly**                                 **7 South Mount Vernon Avenue**
                                                **Uniontown, PA 15401**

**James Burnette**                              **401 Camden Cope**
                                                **P.O. Box 2087**
                                                **Peachtree City, GA 30269**

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                 DATE ISSUED

**20. Inventories**

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                               NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                              RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                NATURE AND PERCENTAGE
NAME AND ADDRESS                          TITLE                 OF STOCK OWNERSHIP
**See Attached Exhibit B**

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

# BROWNSVILLE HEALTH SERVICES CORPORATION
## 125 Simpson Road
## Brownsville PA  15417
## BOARD OF DIRECTORS

**Frank Ricco**
101 Center Street
Brownsville PA  15417

**Bhagwan Wadhwani, MD**
114 Alkim Drive
Brownsville PA  15401
\*\*Resigned from BOD 2-13-09

**Nellda Ware**
1215 Second Street
P.O. Box 165
Hiller PA  15444

**Robert Logue**
Box 306
Fairbank PA  15435

President:  Frank Ricco
Vice-President: Robert Logue
Secretary/Treasurer:  Nellda Ware

**Philip E. Reilly, MD**
125 Belmont Circle
Uniontown PA  15401

**William K. Jackson**
190 Jackson Road
New Salem PA  15468

**Raymond Koffler**
275 Linda Avenue
Uniontown PA  15401

**Sr. James Ann Germuska**
302 Shaffner Avenue
Brownsville PA  15417

**Janet Hayes**
Box 383
Fairbank PA  15435

# EXHIBIT B

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **James Burnette** **401 Camden Cope** **P.O. Box 2087** **Peachtree City, GA 30269** | **CEO** | **1/14/09** |
| **Walter Wally** **127 Victoria Avenue** **P. O. Box 744** **Hopwood, PA 15445** | **CEO** | **2/16/09** |

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR **See Attached Exhibit C** | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                         TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                         TAXPAYER IDENTIFICATION NUMBER (EIN)
**See Attached Exhibit C**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **March 20, 2009**                    Signature  **/s/ Frank Ricco**
                                                          **Frank Ricco**
                                                          **Chairman of the Board**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## BROWNSVILLE TRI COUNTY HOSPITAL SR. EXECUTIVE SALARIES

| EX. EMPLOYEE | TITLE | ANNUAL SALARY |
|---|---|---|
| JIM BURNETTE | C.E.O./C.F.O. | $ 115,000.00 |
| MARK REILLY | COMPTROLLER ASST. C.E.O. | $ 69,000.00 |
| JOSEPHINE FLETCHER | CHIEF CLINICAL OFFICER V.P. QUALITY AFFAIRS | $ 85,800.00 |
| BETTY MARCOLINI | CHIEF CLINICAL OFFICER | $ 90,000.00 |
| JUDITH MORRISON | DIRECTOR OF FINANCIAL SERVICES | $ 78,000.00 |
| MARISSA PODBESK | DIRECTOR OF HUMAN RESOURCES | $ 75,200.00 |
| ANTHONY LIZZA | DIRECTOR FACILITIES AND PROCUREMENT | $ 72,000.00 |
| Walter WALLY | Interium C.E.O. paycheck bounced | $ 4,230.77 |
| | TOTAL SALARIES | $ 589,230.77 |

OPPENHEIMER FUNDS INFORMATION
THE EIN # HAS TO BE REQUESTED IN WRITING BY THE BANKRUCPY ATTORNEY OR COURT
THE PLAN # IS 403B THE PLAN NUMBER IS 230783. PHONE NUMBER IS 800.835.7305
YOU CAN SPEAK WITH DREW @ EXTENSION # 6501 FAX NUMBER IS 303.768.1500

## EXHIBIT C

## United States Bankruptcy Court
### Western District of Pennsylvania

In re   **Brownsville Health Services, Inc.**                                    Case No.   **09-20998**

                                                         Debtor(s)              Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March 20, 2009**                      **/s/ Robert O Lampl**
                                                 **Robert O Lampl 19809**
                                                 **Robert O Lampl, Attorney at Law**
                                                 **960 Penn Avenue, Suite 1200**
                                                 **Pittsburgh, PA 15222**
                                                 **412-392-0330  Fax: 412-392-0335**

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Brownsville Health Services, Inc.**                            ,      Case No.    **09-20998**

                                          Debtor

Chapter            **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Chairman of the Board of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 20, 2009**                      Signature **/s/ Frank Ricco**

                                                        **Frank Ricco**

                                                           **Chairman of the Board**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Brownsville Health Services, Inc.**

Debtor(s)

Case No.  **09-20998**

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the Board of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 20, 2009**

**/s/ Frank Ricco**

**Frank Ricco/Chairman of the Board**
Signer/Title

A&I SALES
60 W. FAYETTE ST.
UNIONTOWN, PA 15401

ABBOTT NUTRITION
75 REMITTANCE DRIVE, SUITE 1310
CHICAGO, IL 60675

ADVANTICOM
1010 WESTERN AVENUE, 7TH FLOOR
PITTSBURGH, PA 15233

AFLAC
ATTN: REMITTANCE PROCESSING SERVICES
1932 WYNNTON ROAD
COLUMBUS, GA 31999

AIR CLEAN SYSTEMS
3248 LAKE WOOD DRIVE
RALEIGH, NC 27604

AIRTEK, INC.
PO BOX 466
IRWIN, PA 15642

ALL AROUND FENCE COMPANY
7896 NATIONAL PIKE, PO BIOX 1126
UNIONTOWN, PA 15401

ALLAN'S WASTE WATER SERVICE
1487 TOMS RUN ROAD
HOLBROOK, PA 15341

ALLEGHENY GENERAL HOSPITAL
320 EAST NORTH AVENUE
PITTSBURGH, PA 15212

ALLEGHENY POWER
800 CABIN HILL DRIVE
GREENSBURG, PA 15606

ALLIED WASTE SERVICES
RR #1, BOX 716, LANDFILL ROAD
SCOTTDALE, PA 15683

AMERISOURCE BERGEN
6305 LASALLE DRIVE
LOCKBOURNE, OH 43137

APOTHECARE PHARMACY
278 MCCLELLANDTOWN ROAD
UNIONTOWN, PA 15401

ARMSTRONG MEDICAL INDUSTRIES, INC.
575 KNIGHTSBRIDGE PARKWAY,
PO BOX 700
LINCOLNSHIRE IL 06069

ARROW INTERNATIONAL INC
2400 BERNVILLE ROAD
READING, PA 19605

ASHOK SAHAI MD
129 SIMPSON ROAD SUITE 101
BROWNSVILLE, PA 15417

ATLANTIC BROADBAND
PO BOX 371801
PITTSBURGH, PA 15250

AUTOMATED ENTRANCE SYSTEMS, INC.
313 ARCHIE STREET
OAKMONT, PA 15139

BASIC COMMUNICATIONS I
598 RIDGE ROAD
DAYTON, PA 16222

BAXTER HEALTHCARE CORP
PO BOX 33037
NEWARK, NJ 07188

BECKMAN COULTER, INC
4300 N. HARBOR BLVD. PO BOX 3100
FULLERTON, CA 92834

BELNICK, INC (BIZCHAIR)
4350 BALL GROUND HIGHWAY
CANTON, GA 30114

BEST PLUMBING SPECIALTIES, INC
PO BOX 750
MYERSVILLE, MD 21773

BIG TOP PARTY TENT RENTALS
CHRIS MCMANUS; 154 WASHINGTON DRIVE
FAYETTE CITY, PA 15438

BIO-RAD LABORATORIES, INC.
CLINICAL DIAGNOSTIC GROUP, DEPT. 9740
LOS ANGELES, CA 90084

BIOMERIEUX, INC.
PO BOX 500308
ST. LOUIS, MO 63150

BOILER ROOM SERVICES
PO BOX 558
IMPERIAL, PA 15126

BOZIC COMMUNCATIONS, INC.
PO BOX 129
MIDWAY, PA 15060

BRACCO DIAGNOSTICS INC
PO BOX 532411
ATLANTA, GA 30353

BRIGGS CORPORATION
PO BOX 1355
DESMOINES, IA 50306

BRIGHTPAGES.COM
PO BOX 15132
WILMINGTO, DE 19850-5132

Brownsville Area School District
1025 Lewis Street
Brownsville, PA 15417

BROWNSVILLE BOYS BASKETBALL BOOSTERS
PO BOX 402
REPUBLIC, PA 15475

Brownsville Bus Line
c/o Frank Ricco
101 Center Street
Brownsville, PA 15417

BROWNSVILLE HARDWARE
6027 NATIONAL PIKE
GRINDSTONE, PA 15442

BROWNSVILLE RADIOLOGY, PC
THREE GATEWAY CENTER, 20TH FLOOR,
401 LIBERTY AVENUE, SUITE 2000
PITTSBURGH, PA 15222

C & G TECHNOLOGIES
6209 GHEENS MILL ROAD
JEFFERSONVILLE, IN 47130

C. SCOTT GILBERT COMMUNICATIONS, LLC
183 MAIN STREET
BROOKVILLE, PA 15825

CALLIBRA/ INNOVATIVE PROJECTS LAB, INC.
SUITE 1400, 1450 EAST AMERICAN LANE
SCHAUMBURG, IL 60173

Cap College of American Pathology
325 Waukegon Road
Winnetka, IL 60093

CARDELLO ELECTRIC SUPPLY & LIGHTING
701 NORTH POINT DRIVE
PITTSBURGH, PA 15233

CARDINALHEALTH
7000 CARDINAL PLACE, METRO #3
DUBLIN, OH 43017

CARSTENS
7310 W. WILSON AVENUE, PO BOX 99110
CHICAGO, IL 60656

CENTER INDEPENDENT OIL CO.
407 ROWES RUN ROAD
SMOCK, PA 15480

CENTRAL BLOOD BANK OF PITTSBURGH
PO BOX 3475
PITTSBURGH, PA 15230

CLARITY IMAGING TECHNOLOGIES, INC.
75 CADWELL DRIVE, SUITE A
Springfield, MA 01104

CLIA LABORATORY PROGRAM
PO BOX 70948
CHARLOTTE, NC 28272

Colelction Service Center
13551 Collections Center Drive
Chicago, IL 60693

COLUMBIA GAS OF PA, INC.
PO BOX 9001846
LOUISVILLE, KY 40290

CONSOLIDATED COMMUNICATIONS
2710 ROCHESTER ROAD
CRANBERRY TOWNSHIP, PA 16066

CORNER SECURITY
137 CENTER STREET
MILLSBORO, PA 15348

CORPORATE EXPRESS, INC.
PO BOX 71217
CHICAGO, IL 60694

COURTESY OIL
429 PECHIN ROAD
DUNBAR, PA 15431

CPSI CLEAR DIRECTION
PO BOX 850309
MOBILE, AL 36685

CROWN SOFTWARE
186 LONELY OAKS
KILLEEN, TX 76542

D.H. BERENTHAL & SONS
PO BOX 13527
PITTSBURGH, PA 15243

DAN TAYLOR INTERIORS, INC
190 BILMAR DRIVE, SUITE 150
PITTSBURGH, PA 15205

DEFURIO MONGELL & ASSOCIATES, INC.
221 PITTSBURG STREET
SCOTTDALE, PA 15683

DELUXE BUSINESS CHECKS
PO BOX 64046
ST. PAUL, MN 55164

DENNIS REFRIGERATION
PO BOX 332
HOPWOOD, PA 15445

DIRECT SUPPLY
BOX 88201
MILWAUKEE, WI 53288

DISCHARGE 1-2-3 -CALLIBRA, INC.
1450 EAST AMERICAN LAND, SUITE 1400
SCHAUMBURG, IL 60173

DISCOUNT SCHOOL SUPPLY
FILE NO. 73847, PO BOX 60000
SAN FRANCISCO, CA 94160

DISKRITER, INC.
3257 WEST LIBERTY AVENUE
PITTSBURGH, PA 15216

DONALD CROFTCHECK TAX COLLECTOR
PO BOX 795
REPUBLIC, PA 15475

DUNLEVY CONSTRUCTION, INC
20 WHEATLEY ROAD
CHARLEROI, PA 15022

E PEOPLE HEALTH CARE, LLC
1108 OHIO RIVER BLVD., SUITE #803
SEWICKLEY, PA 15143

E POWERDOC, INC
PO BOX 241642
OMAHA, NE 68124

EASTERN LAND MANAGEMENT
841 OLD NATIONAL PIKE
BROWNSVILLE, PA 15417

ECOLAB
PO BOX 905327
CHARLOTTE, NC 28290

ED & MARK'S LOCKSMITH
7615 NATIONAL PIKE
UNIONTOWN, PA 15401

ELMO'S
210 SECOND STREET
BROWNSVILLE, PA 15417

EMS SOUTHWEST INC.
4158 OLD WILLIAM PENN HIGHWAY
MURRAYSVILLE, PA 15668

ENV SERVICES TESTING & CERTIFICATION, IN
2880 BERGY ROAD, SUITE K
HATFIELD, PA 19440

ERG -EXECUTIVE RESOURCE GROUP
2230 SUNSET BLVD. SUITE 330-148
ROCKLIN, CA 95765

EZ TO USE YELLOW BOOK.COM
PO BOX 1433
ALTOONA, PA 16603-1433

FAVORITE HEALTHCARE STAFFING
7255 WEST 98TH TERRACE, SUITE 150, BLDG.
OVERLAND PARK, KS 66212

Fayette COunty Tax Claim Bureau
61 East Main Street
Uniontown, PA 15401

FAYETTE EMS
KEITH A. SMOLK, 763 ARENSBURG RD.
EAST MILLSBORO, PA 15433

FAYETTE HEATING & AIR
PO BOX 1093,RTE. 119 N
UNIONTOWN, PA 15401

FIRST INSURANCE FUNDING
450 SKOKIE BLVD., SUITE 1000
NORTHBROOK, IL 60062

FISHER (HEALTHCARE) SCIENTIFIC CO. LLC
4500 TURNBERRY DRIVE
HANOVER PARK, IL 60133

FORD BUSINESS MACHINES
700 LAUREL DR.
CONNELLSVILLE, PA 15425

FOX-CLUSS GLASS COMPANY
1205 CONNELLSVILLE ROAD PO BOX 338
LEMONT FURNACE, PA 15456

FRENCH TOWEL & UNIFORM
366 SOUTH MT. VERNON AVE
UNIONTOWN, PA 15401

GENERAL HEALTHCARE RESOURCES
2250 HICKORY ROAD SUITE 240
PLYMOUTH MEETING, PA 19462

GENERAL PRODUCTS & SUPPLY, INC.
MURRYSVILLE BUSINESS PARK 101 TECHNOLOGY
EXPORT, PA 15632

GEORGE MARKER & SONS INC
PO BOX 219
MCKEESPORT, PA 15134

GLOBAL DOSIMETRY SOLUTIONS
PO BOX 19536
IRVINE, CA 92623

GRAINGER
8211 BAVARIA ROAD
MACEDONIA, OH 44056

GRANDVIEW MEDICAL RESOURCES,INC
200 VILLANI DRIVE SUITE 3003
BRIDGEVILLE, PA 15017

H&H WATER CONTROLS, INC
565 ROUTE 88 SOUTH
CARMICHAELS, PA 15320

HC PRO
PO BOX 1168
Marblehead, MA 01945-5168

HEALTH CARE LOGISTICS, INC.
PO BOX 25
CIRCLEVILLE, OH 43113

Health Care Logistics, Inc.
PO BOx L-2412
Columbus, OH 43260

HEALTHCARE CLAIMS MGT, CORP
PO BOX 781269
SAN ANTONIO, TX 78278

HERALD-STANDARD
8-18 EAST CHURCH STREET
UNIONTOWN, PA 15401

HIGHLANDS HOSPITAL
401 EAST MURPHY AVE
CONNELLSVILLE, PA 15425

HIGHMARK BLUE SHIELD
SUITE 2331, TEAM 2284, PO BOX 382146
PITTSBURGH, PA 15250

HOBART SALES & SERVICE
748-750 HIGHLAND AVE
GREENSBURG, PA 15601

HOSPITAL MD
200 WESTPARK DR SUITE 325
PEACHTREE CITY, GA 30269

HOSPITAL SOLUTIONS
200 WESTPARK DR SUITE 325
PEACHTREE CITY, GA 30269

HRANEC CORPORATION SHEET METAL CONTRACTO
763 ROUTE 21
UNIONTOWN, PA 15401

IDEARC MEDIA CORPORATION
ATTN. CUSTOMER SERVICE DEPT.
PO BOX 6108
DFW AIRPORT, TX 75261

INSURANCE INNOVATIONS, INC
85 MOUNTAIN VIEW STREET
UNIONTOWN, PA 15401

INTERMETRO INDUSTRIES CORP
651 NORTH WASHINGTON STREET
WILKES-BARRE, PA 18705

Internal Revenue Service
Philadelphia, PA 19255

ITXM
PO BOX 3455
PITTSBURGH, PA 15230

JOHN P VETTICA, JR.
600 COMMERCE DRIVE SUITE 601
MOON TOWNSHIP, PA 15108

JOHNSON & JOHNSON (ORTHO)
ORTHO CLINICAL DIAGNOSTICS
LOCKBOX 12 5972 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

JOHNSON & JOHNSON FINANCE CORP
PO BOX 409770
ATLANTA, GA 30384

KB MEDICAL CONSULTING, LLC KELLY BEICKE,
353 BASSETT ROAD
BAY VILLAGE, OH 44140

KEYSTONE REHAB 2
665 PHILADELPHIA STREET
INDIANA, PA 15701

KMA REMARKING CORP
222 SOUTH JARED STREET
DUBOIS, PA 15801

L.M. COLKER COMPANY
2618 PENN AVENUE
PITTSBURGH, PA 15222

LAB CORP
PO BOX 12140
BURLINGTON, NC 27216

LAUREL STAFFING SERVICES, INC
11 EAST PENN STREET PO BOX 877
UNIONTOWN, PA 15401

LVI ENVIRONMENTAL SERVICES INC.
201 PARKWAY VIEW DRIVE
PITTSBURGH, PA 15205

MARIO D PICCOLOMINI CABINETRY
134 KAIDER ROAD
UNIONTOWN, PA 15401

MASTECH CONSTRUCTION & INTERIORS, INC.
101 RIVER ROAD
MCKEES ROCKS, PA 15136

MATT DONESEC COURIER SERVICES
151 UNION STREET
UNIONTOWN, PA 15401

MAXIM HEALTHCAR SERVICES INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

McCLURE & WOLFE CPA
538 MORGANTOWN STREET
UNIONTOWN, PA 15401

MCKNIGHT MEDICAL
11 MCKEAN AVENUE
CHARLEROI, PA 15022

MED 1 ONLINE LLC
4403 TABLE MOUNTAIN DRIVE SUITE B
GOLDEN, CO 80403

MEDGRADE
PO BOX 3376
BARRINGTON, IL 60011

MEDLINE INDUSTRIES INC
DEPT 1080 PO BOX 121080
DALLAS, TX 75312

MEDPIPE
PO BOX 541
LAWRENCE, PA 15055

MEDRAD
GLOBAL CENTER, 100 GLOBAL VIEW DRIVE
WARRENDALE, PA 15086

MERRY X-RAY  (MXR) PITTSBURGH
1815 PARKWAY VIEW DRIVE
PITTSBURGH, PA 15205

METROPOLITAN TELECOMMUNICATIONS
PO BOX 9660
MANCHESTER, NH 31108

METTEL
PO BOX 1056
NEW YORK, NY 10268

MILLERS CAPITAL INSURANCE
805  NORTH FRONT STREET BOX 1246
HARRISBURG, PA 17108

MOD LAUNDROMAT-ANTHONY DEFORTY
440 LOW HILL ROAD
Brownsville, PA 15417-9017

MON VALLEY EMS
1001 DONNER AVENUE
MONESSEN, PA 15062

MONGIOVI & SON  FIRE PROTECTION SERVICES
190 BILMAR DRIVE, SUITE 100
PITTSBURGH, PA 15205

MONGIOVI & SON  PLUMBING CONTRACTOR, LP
190 BILMAR DRIVE, SUITE 100
PITTSBURGH, PA 15205

MONONGAHELA VALLEY HOSPITAL INC
1163 COUNTRY CLUB ROAD
MONONGAHELA, PA 15063

NASCO FORT ATKINSON
P O BOX 901
FORT ATKINSON, WI 53538

NFPA
11 TRACY DRIVE
Avon, MA 02322-1136

OPPENHEIMER FUNDS
ATTN. RETIREMENT PLANS
PO BOX 5390
DENVER, CO 80217

ORTHO-CLINICAL DIAGNOSTICS
ORTHO CLINICAL DIAGNOSTICS
LOCKBOX 12 5972 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

PA DEPT. OF  OF REVENUE
PO BOX280904094
HARRISBURG, PA 17128

PA DEPT. OF LABOR & INDUSTRY
7TH & FORRESTER STREET
HARRISBURG, PA 17121

Parkvale Bank
6023 National Pike East
Grindstone, PA 15442

PARKVALE BANK
PO BOX 607
MONROEVILLE, PA 15146

PCI MEDICAL
PO BOX 188
DEEP RIVER, CT 06417

PELLIS CONSULTING INC
1103 HARVEY AVENUE
GREENSBURG, PA 15601

PENN COMMONWEALTH CASUALTY OF AMERICA CO
101 HILLPOINTE DRIVE SUITE 114
CANONSBURG, PA 15317

PENNSYLVANIA AMERICAN WATER
PO BOX 371412
PITTSBURGH, PA 15250

PERNA HEALTH PHYSICS, INC.
705 AUGUSTA DRIVE
BRIDGEVILLE, PA 15017

PITNEY BOWES GLOBAL FINANCIAL SERVICES L
PO BOX 856460
LOUISVILLE, KY 40285

PITNEY BOWES PURCHASE POWER
PO BOX 856042
LOUISVILLE, KY 40285

Presidential Healthcare Credit Co.
c/o Eckert Seamans Cherin & Mellott, LLC
Peter N. Pross
USX Tower, 44th Floor
Pittsburgh, PA 15219

PRINT
PO BOX 932
BETHEL PARK, PA 15102

PROGRESSIVE MEDICAL INTERNATIONAL
2460 ASH STREET
VISTA, CA 92081

PRS PHARMACY SERVICES
PRS CENTER, SUITE 200, PO BOX 852
LATROBE, PA 15650

Quill Corporation
PO Box 94080
Palatine, IL 60094

R & D BATTERIES, INC
P O BOX5007
BURNSVILLE, MN 55337

RADCLIFF & DEHAAS, LLP
2 WEST MAIN STREET NATIONAL CITY BLDG SU
UNIONTOWN, PA 15401

RELIABLE OFFICE SUPPLIES
8001 INNOVATION WAY
CHICAGO, IL 60682

RESPIRONICS INC.
PO BOX 640817
PITTSBURGH, PA 15264

Robert S. Bernstein
Brownsville General Hospital Plan
Administrator
Gulf Tower, 707 Grant Street
Pittsburgh, PA 15219

ROGER HARDESTY & ASSOCIATES
420 MORGANTOWN STREET
KINGWOOD, WV 26537

ROMEO & SONS
100 ROMEO LANE
UNIONTOWN, PA 15401

RUSTIC CONSTRUCTION
4633 NATIONAL PIKE
MARKLEYSBURG, PA 15459

S&S WORLDWIDE
PO BOX 210
HARTFORD, CT 06141

SAMMONS' PRESTON
1000 REMINGTON BLVD SUITE 210
BOLINGBROOK., IL 60440-5117

SANOFI PASTEUR, INC.
ATTN: CUSTOMER ACCCOUNT MANAGEMENT
DISCOVERY DRIVE
SWIFTWATER, PA 18370-0187

SCHNEIDER'S DAIRY
726 FRANK STREET
PITTSBURGH, PA 15227

SCHNEIDER'S DAIRY  WASHINGTON
PO BOX 644103
PITTSBURGH, PA 15264-4103

SHAMROCK CHEMICAL
PO BOX 53
CHARLEROI, PA 15022

SHAMROCK SCIENTIFIC
34 DAVIS DRIVE PO BOX 143
BELLWOOD, IL 60104

SHIPPERT MEDICALTECHNOLOGIES CORPORATION
6248 SOUTH TROY CIRCLE, UNIT A
CENTENNIAL, CO 80111

SHRED-IT PITTSBURGH
16 COMMERCE DRIVE
PITTSBURGH, PA 15239

SIEMENS HEALTHCARE DIAGNOSTICS INC
115 NORWOOD PARK SOUTH
Norwood, MA 02062-4633

SIMON ROOFING & SHEET  METAL
70 KARAGO ROAD
YOUNGSTOWN, OH 44512

SIMPLEXGRINNELL
NW 5280 PO BOX 1450
MINNEAPOLIS, MN 55485-5280

SIMPLEXGRINNELL / TYCO
DISTRICT #546 220 WEST KENSINGER DRIVE
CRANBERRY TOWNSHIP, PA 16066-6415

Sirchie Finger Print Laboratories
100 Hunter Place
Youngsville, NC 27596

SODEXHO PITTSBURGH LINEN SERVICE
Attn: Mark Babuscio
304 JUMONVILLE STREET
PITTSBURGH, PA 15219

STALEY COMMUNICATIONS, INC.
PO BOX 6379
WHEELING, WV 26003

STANDARD AUTO SUPPLY
600 MARKET STREET
BROWNSVILLE, PA 15417

STANDARD INSURANCE COMPANY
PO BOX5676
PORTLAND, OR 97228-5676

STATE CHEMICAL MANUFACTURING
PO BOX 14189
CLEVELAND, OH 44194-0268

STATEWIDE PEST CONTROL
179 JUNIOR STREET
HOPWOOD, PA 15445

STERATORE SANITARY SUPPLY
PO BOX 16
WASHINGTON, PA 15301

STERICYCLE, INC.
PO BOX 9001590
LOUISVILLE, KY 40290-1590

STRYKER MEDICAL
3800 EAST CENTRE AVE
PORTAGE, MI 49002

STRYKER SALES CORPORATION
PO BOX 93308
CHICAGO, IL 60673-3308

SUNSET DISCOUNTS
115 BROWNSVILLE AVENUE
BROWNSVILLE, PA 15417

SWRTB
1 CENNTENNIAL WAY
SCOTTDALE, PA 15683

TASC
2302 INTERNATIONAL LANE PO BOX 7098
MADISON, WI 53707-7098

TB&A HOSPITAL TELEVISION INC
20 PINEVIEW DRIVE
AMHURST, NY 14228

THE MORGAN LENS (MORTAN, INC)
329 EAST PINE STREET PO BOX 8719
MISSOULA, MT 59807

THE VERIFICATION GROUP
PO BOX 14023
JACKSON, MS 39236

THOMPSON HEALTH CARE, INC.
6200 S SYRACUSE WAY SUITE 300
GREENWOOD VILLAGE, CO 80111-4740

THROWER COMMUNICATIONS
PO BOX 279
SAXONBURG, PA 16056-0279

TICO ELECTRIC, INC
120 Atlantic Avenue
Mckeesport, PA 15132

TIMEMED
144 TOWER DRIVE
BURR RIDGE, IL 60527

TOBEY-KARG SERVICE AGENCY, INC
4640 CAMPBELLS RUN RD
PITTSBURGH, PA 15205-1382

TRI-COMM ALTERNATIVE SERVICES
301 SOUTH ARCH STREET PO BOX 305
CONNELLSVILLE, PA 15425

TRI-COUNTY MECHANICAL SERVICES
PO BOX 543
BROWNSVILLE, PA 15417

TRU-COPY PRINTING SERVICE
13-15- ARCH STREET PO BOX 390
BROWNSVILLE, PA 15417

UNIONTOWN HOSPITAL
500 W BERKELEY
Uniontown, PA 15401-5514

UNITED CONCORDIA COMPANIES
PO BOX 827399
PHILADELPHIA, PA 19182-7399

UNITED REFRIGERATION
11401 ROOSEVELT BLVD.
PHIALDELPHIA, PA 19154-2197

UNITED SAFETY SERVICES INC
416 MAIN ST
CARNEGIE, PA 15106-2908

UNITED STATES PLASTIC CORP.
1390 NEUBRECHT RD
LIMA, OH 45601-3196

UNIVAR
PO BOX 34325
SEATTLE, WA 98124-1325

UNIVAR PITTSBURGH BUNOLA
328 BUNOLA RIVER ROAD
BUNOLA, PA 15020

UNIVAR USA  INC
13009 COLLECTIONS CTR DR
CHICAGO, IL 60693

UNIVERSAL DIAGNOSTIC SOLUTIONS
101 COPPERWOOD WAY, STE A
OCEANSIDE, CA 92054

UNIVERSAL HOSPITAL SERVICES
500 BURSCA DR SUITE 501
BRIDGEVILLE, PA 15017

UNIVERSAL MEDICAL SERVICES, INC
PO BOX 986
BEVER FALLS, PA 15010

UPMC POISON CONTROL CENTER
UPMC 200 LOTHROP ST 8051 FORBES TOWERS
PITTSBURGH, PA 15213

US FOOD SERVICE
PO BOX 643190
PITTSBURGH, PA 15264

USAMOBILITY WIRELESS
350 AUTOMATION WAY
BIRMINGHAM, AL 35210

VALLEY NATIONAL GASES, LLC
1014 NATIONAL PIKE BOX 1062
UNIONTOWN, PA 15401-1062

VERIZON
PO BOX 4648
TRENTON, NJ 08650-4648

VISION FINANCIAL GROUP
615 IRON CITY DRIVE
PITTSBURGH, PA 15205

VITALITY MEDICAL INC
7938 S. 3500 E. SUITE B-200
SALT LAKE CITY, UT 84121

WALLY CORPORATION
408 WALLY DR PO BOX BB
UNIONTOWN, PA 15401

WASHINGTON HOSPITAL
155 WILSON AVE
WASHINGTON, PA 15301

WELCH ALLYN
CREDIT DEPARTMENT PO BOX 220
SKANEATELES FALLS, NY 13153-0220

WESCO INSURANCE COMPANY
26000 CANNON RD
CLEVELAND, OH 44146

West View-Cunningham Co., Inc.
#2 Four Coins Drive
Canonsburg, PA 15317

WORLWIDE FINANCIAL NETWORK INC
JOHN STALICK 7233 CHURCH RANCH
WESTMINSTER, CO 80021

WORLWIDE FINANCIAL NETWORK INC
BEN BRANSON, PRES PEOPLE BANK & TRUST
517 WASHINTON ST
RYAN, OK 73565

WORLWIDE FINANCIAL NETWORK INC
MAURICE I. HORIWITZ SPOUSAL TRUST
370 MAIN STREET STE 925
WORCHESTER, MA 01608

YELLOW BOOK USA
2560 RENAISSANCE BLVD
KING OF PRUSSIA, PA 19406

ZURICH NORTH AMERICA
8712 INNOVATION WAY
CHACAGO, IL 60682-0087

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Brownsville Health Services, Inc.**

Debtor(s)

Case No.   **09-20998**

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Brownsville Health Services, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 20, 2009**

Date

/s/ Robert O Lampl

**Robert O Lampl 19809**

Signature of Attorney or Litigant
Counsel for   **Brownsville Health Services, Inc.**

**Robert O Lampl, Attorney at Law**
**960 Penn Avenue, Suite 1200**
**Pittsburgh, PA 15222**
**412-392-0330 Fax:412-392-0335**

# INCOME STATEMENT

## Brownsville Tri-County Hospital
### Income Statement Actual May thru December 2008, Proforma thru April 2009

| Revenue in 1,000s | 2008 May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2009 Jan | Feb | Mar | Apr | Y1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GROSS REVENUE** | | | | | | | | | | | | | |
| Inpatient Gross Revenue | | | | | | | | | | | | | |
| Out-Patient Gross Revenue | | | | | | | | | | | | | |
| Total Gross Revenue | | | | | | | | | | | | | |
| **NET REVENUE** | | | | | | | | | | | | | |
| (3) In-Patient Net Revenue | 114 | 324 | 320 | 388 | 467 | 379 | 336 | 388 | 450 | 450 | 600 | 778 | 4,684 |
| (4) Out-Patient Net Revenue | 286 | 320 | 335 | 335 | 348 | 338 | 315 | 336 | 350 | 350 | 350 | 350 | 3,678 |
| (5) Other Revenue | 7 | 7 | 20 | 25 | 20 | 20 | 26 | 27 | 27 | 33 | 33 | 34 | 257 |
| Total Net Revenue | 407 | 651 | 746 | 835 | 737 | 677 | 761 | 827 | 833 | 983 | 1,162 | 1,162 | 8,619 |
| Cumulative Net Revenue | 407 | 1,058 | 1,804 | 2,639 | 3,376 | 4,053 | 4,814 | 5,641 | 6,474 | 7,457 | 8,619 | 8,619 | 8,619 |
| **Operating expenses** | | | | | | | | | | | | | |
| (6) Salaries and Wages | 389 | 452 | 489 | 489 | 502 | 480 | 450 | 450 | 450 | 450 | 450 | 450 | 5,022 |
| (7) Employee benefits (% of Salaries and Wages) | 163 | 39 | 158 | 123 | 99 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,180 |
| (8) Supplies | 97 | 147 | 205 | 208 | 168 | 160 | 144 | 144 | 144 | 144 | 144 | 144 | 1,642 |
| (9) Bad debt | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 880 |
| (10) Utilities and maintenance | 424 | 351 | 36 | 36 | 37 | 44 | 72 | 72 | 72 | 72 | 84 | 84 | 1,328 |
| (11) Insurance | 16 | 22 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 314 |
| (12) Professional fees | 132 | 66 | 135 | 139 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,772 |
| (13) Purchased services | 25 | 4 | 0 | 0 | 55 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 434 |
| (14) Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 50 | 50 | 50 | 50 | 50 | 140 |
| (15) Property Tax | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - |
| (16) Other | 0 | 0 | 0 | 0 | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 |
| Total Operating Expenses | 1,326 | 1,326 | 1,141 | 1,138 | 1,134 | 1,083 | 1,056 | 1,056 | 1,056 | 1,056 | 1,068 | 1,068 | 12,182 |
| Cumulative Operating Expenses | 1,326 | 2,467 | 3,605 | 4,739 | 5,822 | 6,878 | 7,934 | 8,990 | 10,046 | 11,114 | 12,182 | 12,182 | 12,182 |
| Operating Income | (919) | (490) | (392) | (299) | (346) | (379) | (295) | (225) | (223) | (85) | 94 | 94 | (3,563) |
| Cumulative Operating Income | (919) | (1,409) | (2,100) | (2,446) | (2,825) | (3,120) | (3,349) | (3,572) | (3,657) | (3,563) | | | (3,563) |
| **Non-operating expense** | | | | | | | | | | | | | |
| (17) Depreciation | 57 | 18 | 18 | 19 | 19 | 21 | 32 | 20 | 21 | 21 | 19 | 75 | 265 |
| Amortization | | | | | | | | | | | | | |
| Interest | | | | | | | | | | | | | |
| Net Income | (976) | (508) | (410) | (318) | (365) | (400) | (327) | (249) | (249) | (106) | | | (3,628) |

**NOTES/ASSUMPTIONS:**

(1) Average Daily Census (ADC) = 8 to 14 day stay divided by days in month.

(2) Market Share = 31% of population within 6 mile radius of BTH in Y1, and 44% in Y2. Community hospitals should get a minimum of 50% market share.

All revenues and expenses for May adjusted to reflect less than a full month of operations with an expected opening date of May 8

(3) In-Patient Net Revenue = $4,000 per inpatient discharge. Actual inpatient net revenue per inpatient discharge at BTH before closing was $4,800.

(4) Out-Patient Net Revenue = Assumed to be equal to In-Patient Net Revenue except in Y1 for start-up. Typically outpatient revenue is equal to or greater for profitable hospital.

(5) Other Operating Revenue = Miscellaneous revenue from gift shop, cafeteria, sale of medical records and radiology film, gifts, grants, etc.

(6) Salaries and Wages = Based on ADC based staffing plans. Equivalent to approximately 40% of annual net revenue. Salaries follow revenue increases in a stair-step fashion due incremental revenue growth per individual patient and corresponding staffing costs increasing only with each additional 6 patients.

(7) Employee Benefits = Based on actual benefits plan in place at start-up.

**ALL EXPENSES ARE BASED UPON HOSPITAL SOLUTIONS PAST OPERATING EXPERIENCE OR ARE BUDGETS WITH REASONABLY WELL KNOWN REQUIREMENTS.**

= Acute inpatient admissions forecast for period x average 4 day stay + psychiatric admissions forecast for period x average

012309
C:\Users\Fletcher\AppData\Local\Microsoft\Windows\Temporary Internet Files\OLK96D\[BTH  Actual May thru Dec 2008 012309

Hospital Solutions

# TAX INFORMATION

EXTENSION FORM 8868 – DUE 5/15/08

OMB No. 1545-0047

Form **990**

Department of the Treasury
Internal Revenue Service

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements.

## 2006

Open to Public Inspection

**A** For the 2006 calendar year, or tax year beginning JUL 1, 2006 and ending JUN 30, 2007

**B** Check if applicable:

- [ ] Address change
- [ ] Name change
- [ ] Initial return
- [ ] Final return
- [ ] Amended return
- [ ] Application pending

Please use IRS label or print or type. See Specific Instructions.

**C** Name of organization
BROWNSVILLE HEALTH SERVICES CORPORATION

Number and street (or P.O. box if mail is not delivered to street address)
125 SIMPSON ROAD

Room/suite

City or town, state or country, and ZIP + 4
BROWNSVILLE, PA 15417

**D** Employer Identification number
25-1532670

**E** Telephone number
(724)785-8880

**F** Accounting method: [ ] Cash [X] Accrual
[ ] Other (specify) ▶

● **Section 501(c)(3)** organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Website: ▶ N/A

**J** Organization type (check only one) ▶ [X] 501(c) ( 3 ) ◀ (insert no.) [ ] 4947(a)(1) or [ ] 527

**K** Check here ▶ [ ] if the organization is not a 509(a)(3) supporting organization and its gross receipts are normally not more than $25,000. A return is not required, but if the organization chooses to file a return, be sure to file a complete return.

**H** and **I** are not applicable to section 527 organizations.

**H(a)** Is this a group return for affiliates? [ ] Yes [X] No
**H(b)** If "Yes," enter number of affiliates ▶ N/A
**H(c)** Are all affiliates included? N/A [ ] Yes [ ] No (If "No," attach a list.)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? [ ] Yes [X] No

**I** Group Exemption Number ▶ N/A

**M** Check ▶ [X] if the organization is **not** required to attach Sch. B (Form 990, 990-EZ, or 990-PF).

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12 ▶ 1,786.

## Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances

| | | | | |
|---|---|---|---|---:|
| 1 | Contributions, gifts, grants, and similar amounts received: | | | |
| a | Contributions to donor advised funds | 1a | | |
| b | Direct public support (not included on line 1a) | 1b | | |
| c | Indirect public support (not included on line 1a) | 1c | | |
| d | Government contributions (grants) (not included on line 1a) | 1d | | |
| e | Total (add lines 1a through 1d) (cash $ ____ noncash $ ____ ) | | 1e | 0. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | | 2 | |
| 3 | Membership dues and assessments | | 3 | |
| 4 | Interest on savings and temporary cash investments | | 4 | |
| 5 | Dividends and interest from securities | | 5 | |
| 6 a | Gross rents       See Statement 1 | 6a | 1,600. | |
| b | Less: rental expenses | 6b | | |
| c | Net rental income or (loss). Subtract line 6b from line 6a | | 6c | 1,600. |
| 7 | Other investment income (describe ▶ ) | | 7 | |
| 8 a | Gross amount from sales of assets other than inventory | (A) Securities 8a | (B) Other | |
| b | Less: cost or other basis and sales expenses | 8b | | |
| c | Gain or (loss) (attach schedule) | 8c | | |
| d | Net gain or (loss). Combine line 8c, columns (A) and (B) | | 8d | |
| 9 | Special events and activities (attach schedule). If any amount is from gaming, check here ▶ [ ] | | | |
| a | Gross revenue (not including $ ____ of contributions reported on line 1b) | 9a | | |
| b | Less: direct expenses other than fundraising expenses | 9b | | |
| c | Net income or (loss) from special events. Subtract line 9b from line 9a | | 9c | |
| 10 a | Gross sales of inventory, less returns and allowances | 10a | | |
| b | Less: cost of goods sold | 10b | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule). Subtract line 10b from line 10a | | 10c | |
| 11 | Other revenue (from Part VII, line 103) | | 11 | 186. |
| 12 | Total revenue. Add lines 1e, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11 | | 12 | 1,786. |
| 13 | Program services (from line 44, column (B)) | | 13 | |
| 14 | Management and general (from line 44, column (C)) | | 14 | 410,203. |
| 15 | Fundraising (from line 44, column (D)) | | 15 | |
| 16 | Payments to affiliates (attach schedule) | | 16 | |
| 17 | Total expenses. Add lines 16 and 44, column (A) | | 17 | 410,203. |
| 18 | Excess or (deficit) for the year. Subtract line 17 from line 12 | | 18 | <408,417.> |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | | 19 | 42,752. |
| 20 | Other changes in net assets or fund balances (attach explanation) | | 20 | 0. |
| 21 | Net assets or fund balances at end of year. Combine lines 18, 19, and 20 | | 21 | <365,665.> |

623001
01-18-07   LHA   For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

Form 990 (2006)

Form 8868 (Rev. 4-2007)                                                                                                    Page **2**

- If you are filing for an **Additional (not automatic) 3-Month Extension,** complete only Part II and check this box ............ ▶ ☐
- **Note.** Only complete Part II if you have already been granted an automatic 3-month extension on a previously filed Form 8868.
- If you are filing for an **Automatic 3-Month Extension,** complete only Part I (on page 1).

| Part II | Additional (not automatic) 3-Month Extension of Time. You must file original and one copy. |
|---|---|

| **Type or print** | Name of Exempt Organization | Employer identification number |
|---|---|---|
| File by the extended due date for filing the return. See instructions. | BROWNSVILLE HEALTH SERVICES CORPORATION | 25-1532670 |
| | Number, street, and room or suite no. If a P.O. box, see instructions. | For IRS use only |
| | 125 SIMPSON ROAD | |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions. | |
| | BROWNSVILLE, PA  15417 | |

**Check type of return to be filed (File a separate application for each return):**

☒ Form 990      ☐ Form 990-EZ      ☐ Form 990-T (sec. 401(a) or 408(a) trust)      ☐ Form 1041-A      ☐ Form 5227      ☐ Form 8870
☐ Form 990-BL      ☐ Form 990-PF      ☐ Form 990-T (trust other than above)      ☐ Form 4720      ☐ Form 6069

**STOP!** Do not complete Part II if you were not already granted an automatic 3-month extension on a previously filed Form 8868.

- The books are in the care of ▶ JUDGE FRED ADAMS
  Telephone No. ▶ 724-437-0920          FAX No. ▶ _____
- If the organization does not have an office or place of business in the United States, check this box ............................ ▶ ☐
- If this is for a Group Return, enter the organization's four digit Group Exemption Number (GEN) _____ . If this is for the whole group, check this box ▶ ☐ . If it is for part of the group, check this box ▶ ☐ and attach a list with the names and EINs of all members the extension is for.

**4**   I request an additional 3-month extension of time until    **May 15, 2008** .
**5**   For calendar year _____ , or other tax year beginning  **JUL 1, 2006** , and ending  **JUN 30, 2007** .
**6**   If this tax year is for less than 12 months, check reason:  ☐ Initial return   ☐ Final return   ☐ Change in accounting period
**7**   State in detail why you need the extension
       **Additional time required to assure accurate financial information.**

| | | | |
|---|---|---|---|
| **8a** | If this application is for Form 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any nonrefundable credits. See instructions. | **8a** | $ |
| **b** | If this application is for Form 990-PF, 990-T, 4720, or 6069, enter any refundable credits and estimated tax payments made. Include any prior year overpayment allowed as a credit and any amount paid previously with Form 8868. | **8b** | $ |
| **c** | Balance Due. Subtract line 8b from line 8a. Include your payment with this form, or, if required, deposit with FTD coupon or, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions. | **8c** | $          N/A |

**Signature and Verification**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that I am authorized to prepare this form.

Signature ▶ _James N. _____      Title ▶ CPA _____      Date ▶ 2/14/08

**Notice to Applicant. (To Be Completed by the IRS)**

☐ We have approved this application. Please attach this form to the organization's return.
☐ We have not approved this application. However, we have granted a 10-day grace period from the later of the date shown below or the due date of the organization's return (including any prior extensions). This grace period is considered to be a valid extension of time for elections otherwise required to be made on a timely return. Please attach this form to the organization's return.
☐ We have not approved this application. After considering the reasons stated in item 7, we cannot grant your request for an extension of time to file. We are not granting a 10-day grace period.
☐ We cannot consider this application because it was filed after the extended due date of the return for which an extension was requested.
☐ Other _____

By: _____
Director _____          Date _____

**Alternate Mailing Address.** Enter the address if you want the copy of this application for an additional 3-month extension returned to an address different than the one entered above.

| **Type or print** | Name |
|---|---|
| | McClure & Wolf, CPA's |
| | Number and street (include suite, room, or apt. no.) or a P.O. box number |
| | 538 Morgantown Street |
| | City or town, province or state, and country (including postal or ZIP code) |
| | Uniontown, PA 15401-5412 |

623832
05-01-07

Form **8868** (Rev. 4-2007)

Form 990 (2006)    **BROWNSVILLE HEALTH SERVICES CORPORATION**    25-1532670    Page **2**

**Part II** Statement of Functional Expenses

All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others.

| Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I. | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22a Grants paid from donor advised funds (attach schedule) (cash $ 0 . noncash $ 0 . If this amount includes foreign grants, check here ▶ ☐ | 22a | | | | |
| 22b Other grants and allocations (attach schedule) (cash $ 0 . noncash $ 0 . If this amount includes foreign grants, check here ▶ ☐ | 22b | | | | |
| 23 Specific assistance to individuals (attach schedule) | 23 | | | | |
| 24 Benefits paid to or for members (attach schedule) | 24 | | | | |
| 25a Compensation of current officers, directors, key employees, etc. listed in Part V-A | 25a | 0. | 0. | 0. | 0. |
| b Compensation of former officers, directors, key employees, etc. listed in Part V-B | 25b | 0. | 0. | 0. | 0. |
| c Compensation and other distributions, not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | 25c | | | | |
| 26 Salaries and wages of employees not included on lines 25a, b, and c | 26 | 180,294. | | 180,294. | |
| 27 Pension plan contributions not included on lines 25a, b, and c | 27 | | | | |
| 28 Employee benefits not included on lines 25a - 27 | 28 | | | | |
| 29 Payroll taxes | 29 | 949. | | 949. | |
| 30 Professional fundraising fees | 30 | | | | |
| 31 Accounting fees | 31 | 185. | | 185. | |
| 32 Legal fees | 32 | | | | |
| 33 Supplies | 33 | 551. | | 551. | |
| 34 Telephone | 34 | 19. | | 19. | |
| 35 Postage and shipping | 35 | | | | |
| 36 Occupancy | 36 | 124,244. | | 124,244. | |
| 37 Equipment rental and maintenance | 37 | 17,236. | | 17,236. | |
| 38 Printing and publications | 38 | 422. | | 422. | |
| 39 Travel | 39 | | | | |
| 40 Conferences, conventions, and meetings | 40 | | | | |
| 41 Interest | 41 | 4,758. | | 4,758. | |
| 42 Depreciation, depletion, etc. (attach schedule) | 42 | | | | |
| 43 Other expenses not covered above (itemize): | | | | | |
| a INSURANCE | 43a | 31,744. | | 31,744. | |
| b LICENSES | 43b | 198. | | 198. | |
| c MARKETING | 43c | 902. | | 902. | |
| d MAINTENANCE | 43d | 28,426. | | 28,426. | |
| e PROFESSIONAL | 43e | | | | |
| f DEVELOPMENT | 43f | 190. | | 190. | |
| g REPAIRS | 43g | 20,085. | | 20,085. | |
| 44 Total functional expenses. Add lines 22a through 43g. (Organizations completing columns (B)-(D), carry these totals to lines 13-15) | 44 | 410,203. | 0. | 410,203. | 0. |

Joint Costs. Check ▶ ☐   if you are following SOP 98-2.

Are any joint costs from a combined educational campaign and fundraising solicitation reported in (B) Program services? ................... ▶ ☐ Yes ☒ No

If "Yes," enter (i) the aggregate amount of these joint costs $ **N/A** ; (ii) the amount allocated to Program services $ **N/A** ;

(iii) the amount allocated to Management and general $ **N/A** ; and (iv) the amount allocated to Fundraising $ **N/A**

623011
01-23-07

Form **990** (2006)

Form 990 (2006)       BROWNSVILLE HEALTH SERVICES CORPORATION        25-1532670      Page **3**

**Part III** Statement of Program Service Accomplishments *(See the instructions.)*

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

What is the organization's primary exempt purpose? ▶ __See Statement 2__

| | Program Service Expenses |
|---|---|
| All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.) | (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.) |

**a** THE FAMILY CARE CENTER PROVIDED 2 BOARD CERTIFIED INTERNAL MEDICINE PHYSICIANS TO SERVE ITS SURROUNDING COUNTIES. THIS SERVICE IS TEMPORARILY SUSPENDED.

(Grants and allocations      $                  ) If this amount includes foreign grants, check here ▶ ☐

**b** RE-OPENING BROWNSVILLE TRI-COUNTY HOSPITAL TO SERVE THE HEALTH CARE NEEDS OF THE RESIDENTS OF FAYETTE, GREENE, & WASHINGTON COUNTIES

(Grants and allocations      $                  ) If this amount includes foreign grants, check here ▶ ☐

**c**

(Grants and allocations      $                  ) If this amount includes foreign grants, check here ▶ ☐

**d**

(Grants and allocations      $                  ) If this amount includes foreign grants, check here ▶ ☐

**e** Other program services (attach schedule)

(Grants and allocations      $                  ) If this amount includes foreign grants, check here ▶ ☐

**f** Total of Program Service Expenses (should equal line 44, column (B), Program services) .................... ▶ | 0. |

Form **990** (2006)

623021
01-18-07

Form 990 (2006)  **BROWNSVILLE HEALTH SERVICES CORPORATION**  25-1532670  Page **4**

**Part IV** **Balance Sheets** *(See the instructions.)*

Note: *Where required, attached schedules and amounts within the description column should be for end-of-year amounts only.*

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| **Assets** | 45  Cash - non-interest-bearing | | | 45 | 305. |
| | 46  Savings and temporary cash Investments | | | 46 | |
| | 47 a  Accounts receivable | 47a | 650. | | |
| | b  Less: allowance for doubtful accounts | 47b | | 47c | 650. |
| | 48 a  Pledges receivable | 48a | | | |
| | b  Less: allowance for doubtful accounts | 48b | | 48c | |
| | 49  Grants receivable | | | 49 | |
| | 50 a  Receivables from current and former officers, directors, trustees, and key employees | | | 50a | |
| | b  Receivables from other disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | | | 50b | |
| | 51 a  Other notes and loans receivable | 51a | | | |
| | b  Less: allowance for doubtful accounts | 51b | | 51c | |
| | 52  Inventories for sale or use | | | 52 | |
| | 53  Prepaid expenses and deferred charges | | | 53 | |
| | 54 a  Investments - publicly-traded securities ▶ ☐ Cost ☐ FMV | | | 54a | |
| | b  Investments - other securities ▶ ☐ Cost ☐ FMV | | | 54b | |
| | 55 a  Investments - land, buildings, and equipment: basis | 55a | | | |
| | b  Less: accumulated depreciation | 55b | | 55c | |
| | 56  Investments - other | | | 56 | |
| | 57 a  Land, buildings, and equipment: basis | 57a | 454,037. | | |
| | b  Less: accumulated depreciation Stmt 3 | 57b | 281,251. | 172,786. | 57c | 172,786. |
| | 58  Other assets, including program-related investments (describe ▶  See Statement 4  ) | | | 425,000. | 58 | 517,118. |
| | 59  Total assets (must equal line 74). Add lines 45 through 58 | | | 597,786. | 59 | 690,859. |
| **Liabilities** | 60  Accounts payable and accrued expenses | | | | 60 | 258. |
| | 61  Grants payable | | | | 61 | |
| | 62  Deferred revenue | | | | 62 | |
| | 63  Loans from officers, directors, trustees, and key employees | | | | 63 | |
| | 64 a  Tax-exempt bond liabilities | | | | 64a | |
| | b  Mortgages and other notes payable  Stmt 5 | | | | 64b | 437,666. |
| | 65  Other liabilities (describe ▶  See Statement 6  ) | | | 555,034. | 65 | 618,600. |
| | 66  Total liabilities. Add lines 60 through 65 | | | 555,034. | 66 | 1,056,524. |
| **Net Assets or Fund Balances** | Organizations that follow SFAS 117, check here ▶ ☒ and complete lines 67 through 69 and lines 73 and 74. | | | | | |
| | 67  Unrestricted | | | 42,752. | 67 | <365,665.> |
| | 68  Temporarily restricted | | | | 68 | |
| | 69  Permanently restricted | | | | 69 | |
| | Organizations that do not follow SFAS 117, check here ▶ ☐ and complete lines 70 through 74. | | | | | |
| | 70  Capital stock, trust principal, or current funds | | | | 70 | |
| | 71  Paid-in or capital surplus, or land, building, and equipment fund | | | | 71 | |
| | 72  Retained earnings, endowment, accumulated income, or other funds | | | | 72 | |
| | 73  Total net assets or fund balances. Add lines 67 through 69 or lines 70 through 72. (Column (A) must equal line 19 and column (B) must equal line 21) | | | 42,752. | 73 | <365,665.> |
| | 74  Total liabilities and net assets/fund balances. Add lines 66 and 73 | | | 597,786. | 74 | 690,859. |

Form **990** (2006)

623031
01-20-07

Form 990 (2006)    BROWNSVILLE HEALTH SERVICES CORPORATION    25-1532670    Page **5**

**Part IV-A**  Reconciliation of Revenue per Audited Financial Statements With Revenue per Return *(See the instructions.)*

| | | | |
|---|---|---|---|
| a | Total revenue, gains, and other support per audited financial statements ................................. | **a** | N/A |
| b | Amounts included on line a but not on Part I, line 12: | | |
| 1 | Net unrealized gains on investments .................. **b1** | | |
| 2 | Donated services and use of facilities ................. **b2** | | |
| 3 | Recoveries of prior year grants ...................... **b3** | | |
| 4 | Other (specify): _____ **b4** | | |
| | Add lines b1 through b4 ........................................ | **b** | |
| c | Subtract line b from line a ...................................... | **c** | |
| d | Amounts included on Part I, line 12, but not on line a: | | |
| 1 | Investment expenses not included on Part I, line 6b ... **d1** | | |
| 2 | Other (specify): _____ **d2** | | |
| | Add lines d1 and d2 ............................................ | **d** | |
| e | Total revenue (Part I, line 12). Add lines c and d ........................► | **e** | |

**Part IV-B**  Reconciliation of Expenses per Audited Financial Statements With Expenses per Return

| | | | |
|---|---|---|---|
| a | Total expenses and losses per audited financial statements ............................................... | **a** | N/A |
| b | Amounts included on line a but not on Part I, line 17: | | |
| 1 | Donated services and use of facilities ................. **b1** | | |
| 2 | Prior year adjustments reported on Part I, line 20 ... **b2** | | |
| 3 | Losses reported on Part I, line 20 .................... **b3** | | |
| 4 | Other (specify): _____ **b4** | | |
| | Add lines b1 through b4 ........................................ | **b** | |
| c | Subtract line b from line a ...................................... | **c** | |
| d | Amounts included on Part I, line 17, but not on line a: | | |
| 1 | Investment expenses not included on Part I, line 6b ... **d1** | | |
| 2 | Other (specify): _____ **d2** | | |
| | Add lines d1 and d2 ............................................ | **d** | |
| e | Total expenses (Part I, line 17). Add lines c and d ........................► | **e** | |

**Part V-A**  Current Officers, Directors, Trustees, and Key Employees (List each person who was an officer, director, trustee, or key employee at any time during the year even if they were not compensated.) *(See the instructions.)*

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-.) | (D) Contributions to employee benefit plans & deferred compensation plans | (E) Expense account and other allowances |
|---|---|---|---|---|
| WILLIAM JACKSON<br>RD#1<br>NEW SALEM, PA 15468 | BOARD MEMBER<br><br>0.50 | 0. | 0. | 0. |
| FRANK RICCO<br>PO BOX 540<br>BROWNSVILLE, PA 15417 | CHAIRPERSON<br><br>5.00 | 0. | 0. | 0. |
| NELDA WARE<br>1215 SECOND STREET<br>HILLER, PA 15444 | SEC-TREASURER<br><br>2.00 | 0. | 0. | 0. |
| EDWARD YANKOVICH, JR<br>1011 FELLS CHURCH ROAD<br>BELLE VERNON, PA 15012 | BOARD MEMBER<br><br>0.50 | 0. | 0. | 0. |
| JUDGE FRED ADAMS<br>55 EAST CHURCH STREET<br>UNIONTOWN, PA 15401 | BOARD MEMBER<br><br>1.00 | 0. | 0. | 0. |
| ROBERT LOGUE<br>606 WILLIS AVENUE<br>NEW SALEM, PA 15468 | BOARD MEMBER<br><br>0.50 | 0. | 0. | 0. |
| PHILLIP REILLY, MD<br>7 SOUTH MT VERNON AVENUE<br>UNIONTOWN, PA 15401 | BOARD MEMBER<br><br>0.50 | 0. | 0. | 0. |
| RAYMOND KOFFLER<br>125 SIMPSON ROAD<br>BROWNSVILLE, PA 15417 | BOARD MEMBER<br><br>0.50 | 0. | 0. | 0. |

Form **990** (2006)

623041 01-18-07

Form 990 (2006)   BROWNSVILLE HEALTH SERVICES CORPORATION   25-1532670   Page **6**

## Part V-A   Current Officers, Directors, Trustees, and Key Employees (continued)

|  |  | Yes | No |
|---|---|---|---|
| 75 a | Enter the total number of officers, directors, and trustees permitted to vote on organization business at board meetings ▶  **8** |  |  |
| b | Are any officers, directors, trustees, or key employees listed in Form 990, Part V-A, or highest compensated employees listed in Schedule A, Part I, or highest compensated professional and other independent contractors listed in Schedule A, Part II-A or II-B, related to each other through family or business relationships? If "Yes," attach a statement that identifies the individuals and explains the relationship(s)  **75b** |  | X |
| c | Do any officers, directors, trustees, or key employees listed in Form 990, Part V-A, or highest compensated employees listed in Schedule A, Part I, or highest compensated professional and other independent contractors listed in Schedule A, Part II-A or II-B, receive compensation from any other organizations, whether tax exempt or taxable, that are related to the organization? See the instructions for the definition of "related organization."  **75c** |  | X |
|  | If "Yes," attach a statement that includes the information described in the instructions. |  |  |
| d | Does the organization have a written conflict of interest policy?  **75d** |  | X |

## Part V-B   Former Officers, Directors, Trustees, and Key Employees That Received Compensation or Other Benefits (If any former officer, director, trustee, or key employee received compensation or other benefits (described below) during the year, list that person below and enter the amount of compensation or other benefits in the appropriate column. See the instructions.)

| (A) Name and address | (B) Loans and Advances | (C) Compensation (if not paid, enter -0-) | (D) Contributions to employee benefit plans & deferred compensation plans | (E) Expense account and other allowances |
|---|---|---|---|---|
| None |  |  |  |  |
| ----------------------------- |  |  |  |  |
| ----------------------------- |  |  |  |  |
| ----------------------------- |  |  |  |  |
| ----------------------------- |  |  |  |  |
| ----------------------------- |  |  |  |  |
| ----------------------------- |  |  |  |  |
| ----------------------------- |  |  |  |  |
| ----------------------------- |  |  |  |  |
| ----------------------------- |  |  |  |  |
| ----------------------------- |  |  |  |  |
| ----------------------------- |  |  |  |  |
| ----------------------------- |  |  |  |  |
| ----------------------------- |  |  |  |  |
| ----------------------------- |  |  |  |  |
| ----------------------------- |  |  |  |  |

## Part VI   Other Information (See the instructions.)

|  |  | Yes | No |
|---|---|---|---|
| 76 | Did the organization make a change in its activities or methods of conducting activities? If "Yes," attach a detailed statement of each change  **76** |  | X |
| 77 | Were any changes made in the organizing or governing documents but not reported to the IRS?  **77** |  | X |
|  | If "Yes," attach a conformed copy of the changes. |  |  |
| 78 a | Did the organization have unrelated business gross income of $1,000 or more during the year covered by this return?  **78a** |  | X |
| b | If "Yes," has it filed a tax return on Form 990-T for this year?  N/A  **78b** |  |  |
| 79 | Was there a liquidation, dissolution, termination, or substantial contraction during the year? If "Yes," attach a statement  **79** |  | X |
| 80 a | Is the organization related (other than by association with a statewide or nationwide organization) through common membership, governing bodies, trustees, officers, etc., to any other exempt or nonexempt organization?  **80a** | X |  |
| b | If "Yes," enter the name of the organization▶  **See Statement 7**  and check whether it is ☐ exempt or ☐ nonexempt |  |  |
| 81 a | Enter direct or indirect political expenditures. (See line 81 instructions.)  **81a**  0. |  |  |
| b | Did the organization file Form 1120-POL for this year?  **81b** |  | X |

Form **990** (2006)

Form 990 (2006)   BROWNSVILLE HEALTH SERVICES CORPORATION   25-1532670   Page **7**

**Part VI**  **Other Information** (continued)

| | | Yes | No |
|---|---|---|---|
| **82 a** Did the organization receive donated services or the use of materials, equipment, or facilities at no charge or at substantially less than fair rental value? | **82a** | | X |
| **b** If "Yes," you may indicate the value of these items here. Do not include this amount as revenue in Part I or as an expense in Part II. (See instructions in Part III.) **82b** N/A | | | |
| **83 a** Did the organization comply with the public inspection requirements for returns and exemption applications? | **83a** | X | |
| **b** Did the organization comply with the disclosure requirements relating to quid pro quo contributions? N/A | **83b** | | |
| **84 a** Did the organization solicit any contributions or gifts that were not tax deductible? | **84a** | | X |
| **b** If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? N/A | **84b** | | |
| **85** 501(c)(4), (5), or (6) organizations. **a** Were substantially all dues nondeductible by members? N/A | **85a** | | |
| **b** Did the organization make only in-house lobbying expenditures of $2,000 or less? N/A | **85b** | | |
| If "Yes" was answered to either 85a or 85b, do not complete 85c through 85h below unless the organization received a waiver for proxy tax owed for the prior year. | | | |
| **c** Dues, assessments, and similar amounts from members **85c** N/A | | | |
| **d** Section 162(e) lobbying and political expenditures **85d** N/A | | | |
| **e** Aggregate nondeductible amount of section 6033(e)(1)(A) dues notices **85e** N/A | | | |
| **f** Taxable amount of lobbying and political expenditures (line 85d less 85e) **85f** N/A | | | |
| **g** Does the organization elect to pay the section 6033(e) tax on the amount on line 85f? N/A | **85g** | | |
| **h** If section 6033(e)(1)(A) dues notices were sent, does the organization agree to add the amount on line 85f to its reasonable estimate of dues allocable to nondeductible lobbying and political expenditures for the following tax year? N/A | **85h** | | |
| **86** 501(c)(7) organizations. Enter: **a** Initiation fees and capital contributions included on line 12 **86a** N/A | | | |
| **b** Gross receipts, included on line 12, for public use of club facilities **86b** N/A | | | |
| **87** 501(c)(12) organizations. Enter: **a** Gross income from members or shareholders **87a** N/A | | | |
| **b** Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) **87b** N/A | | | |
| **88 a** At any time during the year, did the organization own a 50% or greater interest in a taxable corporation or partnership, or an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? If "Yes," complete Part IX | **88a** | X | |
| **b** At any time during the year, did the organization, directly or indirectly, own a controlled entity within the meaning of section 512(b)(13)? If "Yes," complete Part XI ▶ | **88b** | | X |
| **89 a** 501(c)(3) organizations. Enter: Amount of tax imposed on the organization during the year under: section 4911 ▶ 0 . ; section 4912 ▶ 0 . ; section 4955 ▶ | | | |
| **b** 501(c)(3) and 501(c)(4) organizations. Did the organization engage in any section 4958 excess benefit transaction during the year or did it become aware of an excess benefit transaction from a prior year? If "Yes," attach a statement explaining each transaction | **89b** | | X |
| **c** Enter: Amount of tax imposed on the organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 ▶ 0 . | | | |
| **d** Enter: Amount of tax on line 89c, above, reimbursed by the organization ▶ 0 . | | | |
| **e** All organizations. At any time during the tax year, was the organization a party to a prohibited tax shelter transaction? | **89e** | | X |
| **f** All organizations. Did the organization acquire a direct or indirect interest in any applicable insurance contract? | **89f** | | X |
| **g** For supporting organizations and sponsoring organizations maintaining donor advised funds. Did the supporting organization, or a fund maintained by a sponsoring organization, have excess business holdings at any time during the year? | **89g** | | X |
| **90 a** List the states with which a copy of this return is filed ▶ **None** | | | |
| **b** Number of employees employed in the pay period that includes March 12, 2006 | **90b** | | 0 |

**91 a** The books are in care of ▶ **MARK REILLY**     Telephone no. ▶ **724-785-8880**

Located at ▶ **125 SIMPSON ROAD, BROWNSVILLE, PA**     ZIP + 4 ▶ **15417**

| | | Yes | No |
|---|---|---|---|
| **b** At any time during the calendar year, did the organization have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | **91b** | | X |

If "Yes," enter the name of the foreign country ▶ **N/A**

See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts.

Form **990** (2006)

623162 / 01-18-07

Form 990 (2006)    BROWNSVILLE HEALTH SERVICES CORPORATION    25-1532670    Page **8**

| **Part VI** | **Other Information** (continued) | | | Yes | No |
|---|---|---|---|---|---|
| c | At any time during the calendar year, did the organization maintain an office outside of the United States? | | 91c | | X |
| | If "Yes," enter the name of the foreign country ▶ _____ N/A | | | | |
| 92 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990 in lieu of Form 1041- Check here ............................. ▶ ☐ | | | | |
| | and enter the amount of tax-exempt interest received or accrued during the tax year ............ ▶ | 92 | N/A | | |

**Part VII**  **Analysis of Income-Producing Activities** (See the instructions.)

| | | Unrelated business income | | Excluded by section 512, 513, or 514 | | (E) Related or exempt function income |
|---|---|---|---|---|---|---|
| Note: Enter gross amounts unless otherwise indicated. | | (A) Business code | (B) Amount | (C) Exclusion code | (D) Amount | (E) Related or exempt function income |
| 93 | Program service revenue: | | | | | |
| a | _____ | | | | | |
| b | _____ | | | | | |
| c | _____ | | | | | |
| d | _____ | | | | | |
| e | _____ | | | | | |
| f | Medicare/Medicaid payments .................... | | | | | |
| g | Fees and contracts from government agencies ... | | | | | |
| 94 | Membership dues and assessments ................. | | | | | |
| 95 | Interest on savings and temporary cash investments ... | | | | | |
| 96 | Dividends and interest from securities .............. | | | | | |
| 97 | Net rental income or (loss) from real estate: | | | | | |
| a | debt-financed property ...................................... | | | 16 | 1,600. | |
| b | not debt-financed property .............................. | | | | | |
| 98 | Net rental income or (loss) from personal property | | | | | |
| 99 | Other investment income ............................... | | | | | |
| 100 | Gain or (loss) from sales of assets other than inventory ...................................... | | | | | |
| 101 | Net income or (loss) from special events ........... | | | | | |
| 102 | Gross profit or (loss) from sales of inventory ...... | | | | | |
| 103 | Other revenue: | | | | | |
| a | OTHER | | | | | 186. |
| b | _____ | | | | | |
| c | _____ | | | | | |
| d | _____ | | | | | |
| e | _____ | | | | | |
| 104 | Subtotal (add columns (B), (D), and (E)) .............. | | 0. | | 1,600. | 186. |
| 105 | Total (add line 104, columns (B), (D), and (E)) ................................................ ▶ | | | | | 1,786. |

Note: Line 105 plus line 1e, Part I, should equal the amount on line 12, Part I.

**Part VIII**  **Relationship of Activities to the Accomplishment of Exempt Purposes** (See the instructions.)

| Line No. ▼ | Explain how each activity for which income is reported in column (E) of Part VII contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes). |
|---|---|
| 103 | MISCELLANEOUS INCOME SUPPORTING HOSPITAL ACTIVITIES |
| | |
| | |

**Part IX**  **Information Regarding Taxable Subsidiaries and Disregarded Entities** (See the instructions.)

| (A) Name, address, and EIN of corporation, partnership, or disregarded entity | (B) Percentage of ownership interest | (C) Nature of activities | (D) Total income | (E) End-of-year assets |
|---|---|---|---|---|
| See Statement 8 | % | | | |
| | % | | | |
| | % | | | |
| | % | | | |

**Part X**  **Information Regarding Transfers Associated with Personal Benefit Contracts** (See the instructions.)

| (a) Did the organization, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? ........... | ☐ Yes | ☒ No |
|---|---|---|
| (b) Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? .................................. | ☐ Yes | ☒ No |

Note: If "Yes" to (b), file Form 8870 and Form 4720 (see instructions).

Form **990** (2006)

623163
01-18-07

Form 990 (2006)     BROWNSVILLE HEALTH SERVICES CORPORATION     25-1532670     Page **9**

| Part XI | **Information Regarding Transfers To and From Controlled Entities.** *Complete only if the organization is a controlling organization as defined in section 512(b)(13).* N/A | | | |

| | | | | Yes | No |

106  Did the reporting organization make any transfers to a controlled entity as defined in section 512(b)(13) of the Code? If "Yes," complete the schedule below for each controlled entity.

| | **(A)** Name, address, of each controlled entity | **(B)** Employer Identification Number | **(C)** Description of transfer | **(D)** Amount of transfer |
|---|---|---|---|---|
| a | | | | |
| b | | | | |
| c | | | | |
| | Totals | | | |

| | | | | Yes | No |

107  Did the reporting organization receive any transfers from a controlled entity as defined in section 512(b)(13) of the Code? If "Yes," complete the schedule below for each controlled entity.

| | **(A)** Name, address, of each controlled entity | **(B)** Employer Identification Number | **(C)** Description of transfer | **(D)** Amount of transfer |
|---|---|---|---|---|
| a | | | | |
| b | | | | |
| c | | | | |
| | Totals | | | |

| | | | Yes | No |

108  Did the organization have a binding written contract in effect on August 17, 2006, covering the interest, rents, royalties, and annuities described in question 107 above?

| **Please Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge. | | |
|---|---|---|---|
| | ▶ Signature of officer | | Date |
| | ▶ Type or print name and title | | |

| **Paid Preparer's Use Only** | Preparer's signature ▶ *James A. Cannamore* | Date 5/14/08 | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN (See Gen. Inst. X) P00093475 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP + 4 ▶ | McClure & Wolf, CPA's 538 Morgantown Street Uniontown, PA 15401-5412 | | EIN ▶ 25-1284683 Phone no. ▶ 724-437-2000 |

Form **990** (2006)

**SCHEDULE A**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

# Organization Exempt Under Section 501(c)(3)

(Except Private Foundation) and Section 501(e), 501(f), 501(k),
501(n), or 4947(a)(1) Nonexempt Charitable Trust
**Supplementary Information–(See separate instructions.)**
► MUST be completed by the above organizations and attached to their Form 990 or 990-EZ

OMB No. 1545-0047

**2006**

| Name of the organization | Employer identification number |
|---|---|
| BROWNSVILLE HEALTH SERVICES CORPORATION | 25 1532670 |

**Part I**     **Compensation of the Five Highest Paid Employees Other Than Officers, Directors, and Trustees**
(See page 2 of the instructions. List each one. If there are none, enter "None.")

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans & deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Total number of other employees paid over $50,000 ► | 0 | | | |
|---|---|---|---|---|

**Part II-A**     **Compensation of the Five Highest Paid Independent Contractors for Professional Services**
(See page 2 of the instructions. List each one (whether individuals or firms). If there are none, enter "None.")

| (a) Name and address of each independent contractor paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |

| Total number of others receiving over $50,000 for professional services ► | 0 | |
|---|---|---|

**Part II-B**     **Compensation of the Five Highest Paid Independent Contractors for Other Services**
(List each contractor who performed services other than professional services, whether individuals or
firms. If there are none, enter "None." See page 2 of the instructions.)

| (a) Name and address of each independent contractor paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |

| Total number of other contractors receiving over $50,000 for other services ► | 0 | |
|---|---|---|

623101/01-18-07     LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 990 and Form 990-EZ.**     Schedule A (Form 990 or 990-EZ) 2006

Schedule A (Form 990 or 990-EZ) 2006 BROWNSVILLE HEALTH SERVICES CORPORATION    25-1532670    Page 2

| Part III | Statements About Activities (See page 2 of the instructions.) | | Yes | No |
|---|---|---|---|---|

**1** During the year, has the organization attempted to influence national, state, or local legislation, including any attempt to influence public opinion on a legislative matter or referendum? If "Yes," enter the total expenses paid or incurred in connection with the lobbying activities ▶ $ _____ $ _____ (Must equal amounts on line 38, Part VI-A, or line i of Part VI-B.)

| | | 1 | | X |
|---|---|---|---|---|

Organizations that made an election under section 501(h) by filing Form 5768 must complete Part VI-A. Other organizations checking "Yes" must complete Part VI-B AND attach a statement giving a detailed description of the lobbying activities.

**2** During the year, has the organization, either directly or indirectly, engaged in any of the following acts with any substantial contributors, trustees, directors, officers, creators, key employees, or members of their families, or with any taxable organization with which any such person is affiliated as an officer, director, trustee, majority owner, or principal beneficiary? (If the answer to any question is "Yes," attach a detailed statement explaining the transactions.)

| | | Line | Yes | No |
|---|---|---|---|---|
| **a** | Sale, exchange, or leasing of property? | 2a | | X |
| **b** | Lending of money or other extension of credit? | 2b | | X |
| **c** | Furnishing of goods, services, or facilities? | 2c | | X |
| **d** | Payment of compensation (or payment or reimbursement of expenses if more than $1,000)? | 2d | | X |
| **e** | Transfer of any part of its income or assets? | 2e | | X |
| **3 a** | Did the organization make grants for scholarships, fellowships, student loans, etc.? (If "Yes," attach an explanation of how the organization determines that recipients qualify to receive payments.) | 3a | | X |
| **b** | Did the organization have a section 403(b) annuity plan for its employees? | 3b | | X |
| **c** | Did the organization receive or hold an easement for conservation purposes, including easements to preserve open space, the environment, historic land areas or historic structures? If "Yes," attach a detailed statement | 3c | | X |
| **d** | Did the organization provide credit counseling, debt management, credit repair, or debt negotiation services? | 3d | | X |
| **4 a** | Did the organization maintain any donor advised funds? If "Yes," complete lines 4b through 4g. If "No," complete lines 4f and 4g | 4a | | X |
| **b** | Did the organization make any taxable distributions under section 4966? N/A | 4b | | |
| **c** | Did the organization make a distribution to a donor, donor advisor, or related person? N/A | 4c | | |
| **d** | Enter the total number of donor advised funds owned at the end of the tax year ▶ | | | 0 |
| **e** | Enter the aggregate value of assets held in all donor advised funds owned at the end of the tax year ▶ | | | 0. |
| **f** | Enter the total number of separate funds or accounts owned at the end of the year (excluding donor advised funds included on line 4d) where donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts ▶ | | | 0. |
| **g** | Enter the aggregate value of assets in all funds or accounts included on line 4f at the end of the tax year ▶ | | | 0. |

Schedule A (Form 990 or 990-EZ) 2006

Schedule A (Form 990 or 990-EZ) 2006   BROWNSVILLE HEALTH SERVICES CORPORATION    25-1532670   Page 3

**Part IV** Reason for Non-Private Foundation Status (See pages 4 through 7 of the instructions.)

I certify that the organization is not a private foundation because it is: (Please check only ONE applicable box.)

5 ☐ A church, convention of churches, or association of churches. Section 170(b)(1)(A)(i).

6 ☐ A school. Section 170(b)(1)(A)(ii). (Also complete Part V.)

7 ☒ A hospital or a cooperative hospital service organization. Section 170(b)(1)(A)(iii).

8 ☐ A federal, state, or local government or governmental unit. Section 170(b)(1)(A)(v).

9 ☐ A medical research organization operated in conjunction with a hospital. Section 170(b)(1)(A)(iii). **Enter the hospital's name, city, and state** ▶

10 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit. Section 170(b)(1)(A)(iv). (Also complete the **Support Schedule** in Part IV-A.)

11a ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public. Section 170(b)(1)(A)(vi). (Also complete the **Support Schedule** in Part IV-A.)

11b ☐ A community trust. Section 170(b)(1)(A)(vi). (Also complete the **Support Schedule** in Part IV-A.)

12 ☐ An organization that normally receives: (1) **more than 33 1/3%** of its support from contributions, membership fees, and gross receipts from activities related to its charitable, etc., functions - subject to certain exceptions, and (2) **no more than 33 1/3%** of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See section 509(a)(2). (Also complete the **Support Schedule** in Part IV-A.)

13 ☐ An organization that is not controlled by any disqualified persons (other than foundation managers) and otherwise meets the requirements of section 509(a)(3). Check the box that describes the type of supporting organization:

☐ Type I        ☐ Type II        ☐ Type III-Functionally Integrated        ☐ Type III-Other

| Provide the following information about the supported organizations. (See page 7 of the instructions.) | | | | |
|---|---|---|---|---|
| **(a)**<br>Name(s) of supported organization(s) | **(b)**<br>Employer identification number (EIN) | **(c)**<br>Type of organization (described in lines 5 through 12 above or IRC section) | **(d)**<br>Is the supported organization listed in the supporting organization's governing documents? | **(e)**<br>Amount of support |
| | | | Yes | No | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Total ............................................................................................▶

14 ☐ An organization organized and operated to test for public safety. Section 509(a)(4). (See page 7 of the instructions.)

Schedule A (Form 990 or 990-EZ) 2006

623121
01-18-07

Schedule A (Form 990 or 990-EZ) 2006   BROWNSVILLE HEALTH SERVICES CORPORATION   25-1532670   Page 4

**Part IV-A** Support Schedule (Complete only if you checked a box on line 10, 11, or 12.) **Use cash method of accounting.**   N/A

Note: *You may use the worksheet in the instructions for converting from the accrual to the cash method of accounting.*

| Calendar year (or fiscal year beginning in) ▶ | (a) 2005 | (b) 2004 | (c) 2003 | (d) 2002 | (e) Total |
|---|---|---|---|---|---|
| 15 Gifts, grants, and contributions received. (Do not include unusual grants. See line 28.) | | | | | |
| 16 Membership fees received | | | | | |
| 17 Gross receipts from admissions, merchandise sold or services performed, or furnishing of facilities in any activity that is related to the organization's charitable, etc., purpose | | | | | |
| 18 Gross income from interest, dividends, amounts received from payments on securities loans (section 512(a)(5)), rents, royalties, and unrelated business taxable income (less section 511 taxes) from businesses acquired by the organization after June 30, 1975 | | | | | |
| 19 Net income from unrelated business activities not included in line 18 | | | | | |
| 20 Tax revenues levied for the organization's benefit and either paid to it or expended on its behalf | | | | | |
| 21 The value of services or facilities furnished to the organization by a governmental unit without charge. Do not include the value of services or facilities generally furnished to the public without charge | | | | | |
| 22 Other income. Attach a schedule. Do not include gain or (loss) from sale of capital assets | | | | | |
| 23 Total of lines 15 through 22 | 0. | 0. | 0. | 0. | 0. |
| 24 Line 23 minus line 17 | | | | | |
| 25 Enter 1% of line 23 | | | | | |

| | | |
|---|---|---|
| 26 **Organizations described on lines 10 or 11: a** Enter 2% of amount in column (e), line 24 ▶ | 26a | N/A |
| b Prepare a list for your records to show the name of and amount contributed by each person (other than a governmental unit or publicly supported organization) whose total gifts for 2002 through 2005 exceeded the amount shown in line 26a. Do not file this list with your return. Enter the total of all these excess amounts ▶ | 26b | N/A |
| c Total support for section 509(a)(1) test: Enter line 24, column (e) ▶ | 26c | N/A |
| d Add: Amounts from column (e) for lines:   18 _____   19 _____   22 _____   26b _____ ▶ | 26d | N/A |
| e Public support (line 26c minus line 26d total) ▶ | 26e | N/A |
| f Public support percentage (line 26e (numerator) divided by line 26c (denominator)) ▶ | 26f | N/A % |

27 **Organizations described on line 12: a** For amounts included in lines 15, 16, and 17 that were received from a "disqualified person," prepare a list for your records to show the name of, and total amounts received in each year from, each "disqualified person." **Do not file this list with your return.** Enter the sum of such amounts for each year:
(2005) ................................... (2004) ................... (2003) ................... (2002) ...................

b For any amount included in line 17 that was received from each person (other than "disqualified persons"), prepare a list for your records to show the name of, and amount received for each year, that was more than the **larger of (1)** the amount on line 25 for the year or **(2)** $5,000. (Include in the list organizations described in lines 5 through 11b, as well as individuals.) **Do not file this list with your return.** After computing the difference between the amount received and the larger amount described in **(1)** or **(2)**, enter the sum of these differences (the excess amounts) for each year:
(2005) ................................... (2004) ................... (2003) ................... (2002) ...................

| | | |
|---|---|---|
| c Add: Amounts from column (e) for lines:   15 _____   16 _____   17 _____   20 _____   21 _____ ▶ | 27c | N/A |
| d Add: Line 27a total _____ and line 27b total _____ ▶ | 27d | N/A |
| e Public support (line 27c total minus line 27d total) ▶ | 27e | N/A |
| f Total support for section 509(a)(2) test: Enter amount on line 23, column (e) ▶ 27f  N/A | | |
| g Public support percentage (line 27e (numerator) divided by line 27f (denominator)) ▶ | 27g | N/A % |
| h Investment income percentage (line 18, column (e) (numerator) divided by line 27f (denominator)) ▶ | 27h | N/A % |

28 **Unusual Grants:** For an organization described in line 10, 11, or 12 that received any unusual grants during 2002 through 2005, prepare a list for your records to show, for each year, the name of the contributor, the date and amount of the grant, and a brief description of the nature of the grant. **Do not file this list with your return.** Do not include these grants in line 15.

623131 01-18-07                                                                                    Schedule A (Form 990 or 990-EZ) 2006

Schedule A (Form 990 or 990-EZ) 2006  BROWNSVILLE HEALTH SERVICES CORPORATION    25-1532670  Page 5

| Part V | Private School Questionnaire (See page 9 of the instructions.) | N/A |
|---|---|---|
| | **(To be completed ONLY by schools that checked the box on line 6 in Part IV)** | |

| | | | Yes | No |
|---|---|---|---|---|
| 29 | Does the organization have a racially nondiscriminatory policy toward students by statement in its charter, bylaws, other governing instrument, or in a resolution of its governing body? | 29 | | |
| 30 | Does the organization include a statement of its racially nondiscriminatory policy toward students in all its brochures, catalogues, and other written communications with the public dealing with student admissions, programs, and scholarships? | 30 | | |
| 31 | Has the organization publicized its racially nondiscriminatory policy through newspaper or broadcast media during the period of solicitation for students, or during the registration period if it has no solicitation program, in a way that makes the policy known to all parts of the general community it serves? | 31 | | |
| | If "Yes," please describe; if "No," please explain. (If you need more space, attach a separate statement.) | | | |
| 32 | Does the organization maintain the following: | | | |
| a | Records indicating the racial composition of the student body, faculty, and administrative staff? | 32a | | |
| b | Records documenting that scholarships and other financial assistance are awarded on a racially nondiscriminatory basis? | 32b | | |
| c | Copies of all catalogues, brochures, announcements, and other written communications to the public dealing with student admissions, programs, and scholarships? | 32c | | |
| d | Copies of all material used by the organization or on its behalf to solicit contributions? | 32d | | |
| | If you answered "No" to any of the above, please explain. (If you need more space, attach a separate statement.) | | | |
| 33 | Does the organization discriminate by race in any way with respect to: | | | |
| a | Students' rights or privileges? | 33a | | |
| b | Admissions policies? | 33b | | |
| c | Employment of faculty or administrative staff? | 33c | | |
| d | Scholarships or other financial assistance? | 33d | | |
| e | Educational policies? | 33e | | |
| f | Use of facilities? | 33f | | |
| g | Athletic programs? | 33g | | |
| h | Other extracurricular activities? | 33h | | |
| | If you answered "Yes" to any of the above, please explain. (If you need more space, attach a separate statement.) | | | |
| 34 a | Does the organization receive any financial aid or assistance from a governmental agency? | 34a | | |
| b | Has the organization's right to such aid ever been revoked or suspended? | 34b | | |
| | If you answered "Yes" to either 34a or b, please explain using an attached statement. | | | |
| 35 | Does the organization certify that it has complied with the applicable requirements of sections 4.01 through 4.05 of Rev. Proc. 75-50, 1975-2 C.B. 587, covering racial nondiscrimination? If "No," attach an explanation | 35 | | |

Schedule A (Form 990 or 990-EZ) 2006

Schedule A (Form 990 or 990-EZ) 2006 **BROWNSVILLE HEALTH SERVICES CORPORATION**    25-1532670    Page 6

**Part VI-A**  **Lobbying Expenditures by Electing Public Charities** (See page 10 of the instructions.)    N/A
(To be completed ONLY by an eligible organization that filed Form 5768)

Check ▶ a ☐ if the organization belongs to an affiliated group.    Check ▶ b ☐ if you checked "a" and "limited control" provisions apply.

| | | (a)<br>Affiliated group<br>totals | (b)<br>To be completed for all<br>electing organizations |
|---|---|---|---|
| **Limits on Lobbying Expenditures**<br>(The term "expenditures" means amounts paid or incurred.) | | N/A | |
| 36 Total lobbying expenditures to influence public opinion (grassroots lobbying) | 36 | | |
| 37 Total lobbying expenditures to influence a legislative body (direct lobbying) | 37 | | |
| 38 Total lobbying expenditures (add lines 36 and 37) | 38 | | |
| 39 Other exempt purpose expenditures | 39 | | |
| 40 Total exempt purpose expenditures (add lines 38 and 39) | 40 | | |
| 41 Lobbying nontaxable amount. Enter the amount from the following table - | 41 | | |
| 42 Grassroots nontaxable amount (enter 25% of line 41) | 42 | | |
| 43 Subtract line 42 from line 36. Enter -0- if line 42 is more than line 36 | 43 | | |
| 44 Subtract line 41 from line 38. Enter -0- if line 41 is more than line 38 | 44 | | |

**If the amount on line 40 is -**    **The lobbying nontaxable amount is -**
Not over $500,000 ............................... 20% of the amount on line 40 ..................
Over $500,000 but not over $1,000,000 ........... $100,000 plus 15% of the excess over $500,000 .......
Over $1,000,000 but not over $1,500,000 ......... $175,000 plus 10% of the excess over $1,000,000 .......
Over $1,500,000 but not over $17,000,000 ........ $225,000 plus 5% of the excess over $1,500,000 .......
Over $17,000,000 ............................... $1,000,000 ..................

Caution: *If there is an amount on either line 43 or line 44, you must file Form 4720.*

**4-Year Averaging Period Under Section 501(h)**
(Some organizations that made a section 501(h) election do not have to complete all of the five columns
below. See the instructions for lines 45 through 50 on page 13 of the instructions.)

| | Lobbying Expenditures During 4-Year Averaging Period | | | | N/A |
|---|---|---|---|---|---|
| Calendar year (or<br>fiscal year beginning in) ▶ | (a)<br>2006 | (b)<br>2005 | (c)<br>2004 | (d)<br>2003 | (e)<br>Total |
| 45 Lobbying nontaxable<br>amount | | | | | 0. |
| 46 Lobbying ceiling amount<br>(150% of line 45(e)) | | | | | 0. |
| 47 Total lobbying<br>expenditures | | | | | 0. |
| 48 Grassroots nontaxable<br>amount | | | | | 0. |
| 49 Grassroots ceiling amount<br>(150% of line 48(e)) | | | | | 0. |
| 50 Grassroots lobbying<br>expenditures | | | | | 0. |

**Part VI-B**  **Lobbying Activity by Nonelecting Public Charities**
(For reporting only by organizations that did not complete Part VI-A) (See page 13 of the instructions.)    N/A

| During the year, did the organization attempt to influence national, state or local legislation, including any attempt to<br>influence public opinion on a legislative matter or referendum, through the use of: | Yes | No | Amount |
|---|---|---|---|
| a Volunteers | | | |
| b Paid staff or management (Include compensation in expenses reported on lines c through h.) | | | |
| c Media advertisements | | | |
| d Mailings to members, legislators, or the public | | | |
| e Publications, or published or broadcast statements | | | |
| f Grants to other organizations for lobbying purposes | | | |
| g Direct contact with legislators, their staffs, government officials, or a legislative body | | | |
| h Rallies, demonstrations, seminars, conventions, speeches, lectures, or any other means | | | |
| i Total lobbying expenditures (Add lines c through h.) | | | 0. |

If "Yes" to any of the above, also attach a statement giving a detailed description of the lobbying activities.

623161
01-18-07

Schedule A (Form 990 or 990-EZ) 2006

Schedule A (Form 990 or 990-EZ) 2006  BROWNSVILLE HEALTH SERVICES CORPORATION    25-1532670    Page 7

**Part VII** **Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations** (See page 13 of the instructions.)

51    Did the reporting organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations?

| | | Yes | No |
|---|---|---|---|
| a Transfers from the reporting organization to a noncharitable exempt organization of: | | | |
| (i) Cash | 51a(i) | | X |
| (ii) Other assets | a(ii) | | X |
| b Other transactions: | | | |
| (i) Sales or exchanges of assets with a noncharitable exempt organization | b(i) | | X |
| (ii) Purchases of assets from a noncharitable exempt organization | b(ii) | | X |
| (iii) Rental of facilities, equipment, or other assets | b(iii) | | X |
| (iv) Reimbursement arrangements | b(iv) | | X |
| (v) Loans or loan guarantees | b(v) | | X |
| (vi) Performance of services or membership or fundraising solicitations | b(vi) | | X |
| c Sharing of facilities, equipment, mailing lists, other assets, or paid employees | c | | X |

d    If the answer to any of the above is "Yes," complete the following schedule. Column (b) should always show the fair market value of the goods, other assets, or services given by the reporting organization. If the organization received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received:    **N/A**

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

52 a    Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527?    ▶ ☐ Yes    ☒ No

b    If "Yes," complete the following schedule:    **N/A**

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

623152
01-18-07

Schedule A (Form 990 or 990-EZ) 2006

**2006 DEPRECIATION AND AMORTIZATION REPORT**

Form 990 Page 2

990

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Of Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Program Services | | | | | | | | | | | |
| 1 | LAND | Varies | L | | | 36,400. | | | 36,400. | | | 0. |
| 2 | LAND IMPROVEMENTS | Varies | VAR | 20.00 | 16 | 23,524. | | | 23,524. | 23,524. | | 0. |
| 3 | BUILDINGS | Varies | VAR | 20.00 | 16 | 274,279. | | | 274,279. | 190,597. | | 0. |
| 4 | BUILDING IMPROVEMENTS | Varies | VAR | 10.00 | 16 | 86,725. | | | 86,725. | 36,213. | | 0. |
| 5 | EQUIPMENT | Varies | VAR | 10.00 | 16 | 33,109. | | | 33,109. | 30,917. | | 0. |
| | * 990 Page 2 Total Program Services | | | | | 454,037. | | 0. | 454,037. | 281,251. | 0. | 0. |
| | * Grand Total 990 Page 2 Depr | | | | | 454,037. | | 0. | 454,037. | 281,251. | 0. | 0. |

(D) - Asset disposed     * ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

628102
07-28-06

BROWNSVILLE HEALTH SERVICES CORPORATION                          25-1532670

| Form 990 | Rental Income | Statement | 1 |
|---|---|---|---|

| Kind and Location of Property | Activity Number | Gross Rental Income |
|---|---|---|
| OFFICE BUILDING, BROWNSVILLE, PA | 1 | 1,600. |
| Total to Form 990, Part I, line 6a | | 1,600. |

| Form 990 | Statement of Organization's Primary Exempt Purpose Part III | Statement | 2 |
|---|---|---|---|

**Explanation**

TO PROVIDE PRIMARY MEDICAL CARE TO A REGION WITH A HEALTHCARE SHORTAGE

| Form 990 | Depreciation of Assets Not Held for Investment | Statement | 3 |
|---|---|---|---|

| Description | Cost or Other Basis | Accumulated Depreciation | Book Value |
|---|---|---|---|
| LAND | 36,400. | 0. | 36,400. |
| LAND IMPROVEMENTS | 23,524. | 23,524. | 0. |
| BUILDINGS | 274,279. | 190,597. | 83,682. |
| BUILDING IMPROVEMENTS | 86,725. | 36,213. | 50,512. |
| EQUIPMENT | 33,109. | 30,917. | 2,192. |
| Total to Form 990, Part IV, ln 57 | 454,037. | 281,251. | 172,786. |

| Form 990 | Other Assets | Statement | 4 |
|---|---|---|---|

| Description | Amount |
|---|---|
| INVESTMENT-WEST POINT HEALTH CENTER | 425,000. |
| OTHER RECEIVABLE | 92,118. |
| Total to Form 990, Part IV, line 58, Column B | 517,118. |

BROWNSVILLE HEALTH SERVICES CORPORATION                              25-1532670

| Form 990 | Other Notes and Loans Payable | Statement    5 |
|----------|-------------------------------|----------------|

| Lender's Name | Terms of Repayment |
|---------------|--------------------|
| PARKVALE BANK | DEMAND NOTE |

| Date of Note | Maturity Date | Original Loan Amount | Interest Rate |
|--------------|---------------|----------------------|---------------|
| 02/28/07 | | 437,666. | 8.25% |

| Security Provided by Borrower | Purpose of Loan |
|-------------------------------|-----------------|
| LAND & BUILDING | EQUIPMENT & RENOVATIONS |

Relationship of Lender

NONE

| Description of Consideration | FMV of Consideration | Balance Due |
|------------------------------|----------------------|-------------|
| | 0. | 437,666. |

| Total included on Form 990, Part IV, line 64, Column B | | 437,666. |

| Form 990 | Other Liabilities | Statement    6 |
|----------|-------------------|----------------|

| Description | Amount |
|-------------|--------|
| DUE TO BROWNSVILLE PROPERTY CORP | 618,600. |
| Total to Form 990, Part IV, line 65, Column B | 618,600. |

| Form 990 | Identification of Related Organizations Part VI, Line 80b | Statement    7 |
|----------|-----------------------------------------------------------|----------------|

| Name of Organization | Exempt | NonExempt |
|----------------------|--------|-----------|
| BROWNSVILLE PROPERTY CORPORATION | X | |
| BROWNSVILLE GENERAL HOSPITAL AUXILIARY | X | |
| WEST POINT HEALTH CORPORATION | | X |

BROWNSVILLE HEALTH SERVICES CORPORATION                    25-1532670

| Form 990 | Part IX - Information Regarding Taxable Subsidiaries and Disregarded Entities | Statement 8 |
|---|---|---|

**Name of Corporation, Partnership or Disregarded Entity**

WEST POINT HEALTH CORPORATION

**Address**

125 SIMPSON ROAD, BROWNSVILLE, PA  15417

| Employer ID Number | Percent Owned | Nature of Activities | Total Income | End-of-Year Assets |
|---|---|---|---|---|
| 25-1532672 | 100.00% | PHYSICIAN OFFICE BUILDING | | |

# **BALANCE SHEET**

Brownsville Tri-County Hospital
Balance Sheet
Dollars in ($000s)

| | | Current Book Value of Facility | | Estimated Value of Facility |
|---|---|---|---|---|
| | | December 2008 | | December 2008 |
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Cash | $ | 45 | $ | 45 |
| Net Accounts Receivable | $ | 2,326 | $ | 2,326 |
| Total Current Assets | $ | 2,371 | $ | 2,371 |
| **Fixed Assets** | | | | |
| Land and Building | $ | 5,537 | Note 1 | $ | 8,000 |
| **TOTAL ASSETS** | $ | 7,908 | | $ | 10,371 |
| **LIABILITIES & EQUITY** | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Facility Improvements | $ | 1,000 | Note 2 | $ | 1,000 |
| Parkvale | $ | 1,298 | Note 3 | $ | 1,298 |
| Unpaid taxes | $ | 1,257 | | $ | 1,257 |
| Mental Health grant | $ | 1,400 | | $ | 1,400 |
| Bankruptcy | $ | 2,100 | | $ | 2,100 |
| Accounts Payable | $ | 1,800 | | $ | 1,800 |
| **Total Current Liabilities** | $ | 8,855 | | $ | 8,855 |
| **Long Term Liabilities** | | | | |
| Facility Improvements | $ | 600 | Note 2 | $ | 600 |
| Receivable Based Lender | $ | 1,750 | | $ | 1,750 |
| **Total Long Term Liabilities** | $ | 2,350 | | $ | 2,350 |
| **Total Liabilities** | $ | 11,205 | | $ | 11,205 |
| **Equity/Retained Earnings** | $ | (3,297) | | $ | (834) |
| **TOTAL LIABILITIES & EQUITY** | $ | 7,908 | | $ | 10,371 |

Note 1:    Facility valued at previous depreciated (book value), not market valued which is estimated at $8M and therefore no depreciation taken in this pro forma.
Note that the book value has been increased to recognize the facility improvement projects with a value of approximately $2.0M.
Note 2:    Facility Improvement Projects have been financed over 24 months
Note 3:    Renewable one year loan with interest payments only for 2 years

**Brownsville Health Services Corporation**
**d/b/a Brownsville Tri-County Hospital**
**Accounts Receivable as of January 14, 2009**

| | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | 121-150 Days | 151-180 Days | >180 Days |
|---|---|---|---|---|---|---|---|---|
| **Inpatient** | | | | | | | | |
| Medicare | 696,603 | 423,642 | 92,171 | 43,358 | 11,899 | 29,151 | 47,269 | 49,113 |
| % | 59.8% | | | | | | | |
| Medicaid | 156,943 | 50,431 | 21,635 | 15,642 | 6,109 | 38,205 | 2,232 | 12,690 |
| % | 13.5% | | | | | | | |
| Blue Cross | 50,979 | 20,788 | 7,683 | - | 22,508 | - | - | - |
| % | 4.4% | | | | | | | |
| Commercial | 115,956 | 43,560 | 17,260 | 3,157 | 12,663 | 1,842 | 18,613 | 18,862 |
| % | 10.0% | | | | | | | |
| Private Pay | 144,520 | (32,071) | 12,903 | 18,159 | 19,167 | 59,169 | 45,140 | 31,054 |
| % | 12.4% | | | | | | | |
| Acute Care A/R | 1,165,001 | 506,350 | 151,652 | 90,316 | 72,345 | 119,366 | 113,253 | 111,719 |
| % of Acute Care A/R | | 43.5% | 13.0% | 7.8% | 6.2% | 10.2% | 9.7% | 9.6% |
| A/R > 90 days | 35.8% | | | | | | | |
| % of Total A/R | 21.5% | | | | | | | |
| **Psychiatric** | | | | | | | | |
| Medicare | 1,185,306 | 369,905 | 204,134 | 141,264 | 210,147 | 89,355 | 110,548 | 59,953 |
| % | 60.7% | | | | | | | |
| Medicaid | 482,433 | 118,453 | 168,822 | 38,098 | 81,271 | 46,012 | 18,083 | 11,695 |
| % | 24.7% | | | | | | | |
| Blue Cross | 19,365 | 839 | 839 | - | 1,444 | 7,680 | 9,822 | 1,024 |
| % | 1.0% | | | | | | | |
| Commercial | 99,217 | 9,299 | 14,208 | 13,276 | 21,876 | 8,533 | 1,024 | 31,002 |
| % | 5.1% | | | | | | | |
| Private Pay | 165,538 | (22,086) | 20,331 | 16,753 | 20,916 | 60,738 | 65,288 | 9,598 |
| % | 8.5% | | | | | | | |
| Psychiatric | 1,951,859 | 475,571 | 408,333 | 209,390 | 334,210 | 212,318 | 204,765 | 113,277 |
| % of Psych A/R | | 24.4% | 20.9% | 10.4% | 17.1% | 10.9% | 10.5% | 5.8% |
| A/R > 90 days | 44.3% | | | | | | | |
| % of Total A/R | 36.0% | | | | | | | |
| **Outpatient** | | | | | | | | |
| Medicare | 332,131 | 147,273 | 65,363 | 20,991 | 22,179 | 21,022 | 23,887 | 31,416 |
| % | 54.5% | | | | | | | |
| Medicaid | 93,652 | 41,149 | 27,977 | 7,327 | 3,994 | 2,995 | 670 | 9,540 |
| % | 15.4% | | | | | | | |
| Blue Cross | 100,262 | 64,901 | 9,293 | 6,285 | 1,444 | 6,942 | 1,472 | 9,925 |
| % | 16.4% | | | | | | | |
| Commercial | 65,139 | 7,076 | 17,988 | 15,689 | 6,462 | 5,236 | 4,259 | 12,450 |
| % | 10.7% | | | | | | | |
| Private Pay | 18,646 | (88,159) | 13,804 | 22,655 | 29,388 | 10,432 | 18,036 | 7,936 |
| % | 3.1% | | | | | | | |
| O/P Services | 609,830 | 172,240 | 134,425 | 72,987 | 63,467 | 46,627 | 48,325 | 71,760 |
| % of O/P Service A/R | | 28.2% | 22.0% | 12.0% | 10.4% | 7.6% | 7.9% | 11.8% |
| A/R > 90 days | 37.7% | | | | | | | |
| % of Total A/R | 11.3% | | | | | | | |
| **Emergency Room** | | | | | | | | |
| Medicare | 227,303 | 89,681 | 52,139 | 11,567 | 14,071 | 10,594 | 11,775 | 31,494 |
| % | 13.5% | | | | | | | |
| Medicaid | 386,936 | 139,612 | 80,552 | 37,745 | 43,828 | 56,785 | 24,749 | 23,654 |
| % | 23.5% | | | | | | | |
| Blue Cross | 123,828 | 55,029 | 12,925 | 12,459 | 12,048 | 10,553 | 10,973 | 9,841 |
| % | 7.3% | | | | | | | |
| Commercial | 206,122 | 32,910 | 33,760 | 36,645 | 26,138 | 27,017 | 23,011 | 26,642 |
| % | 12.2% | | | | | | | |
| Private Pay | 734,835 | 2,788 | 108,497 | 96,792 | 109,445 | 114,445 | 114,036 | 187,832 |
| % | 43.5% | | | | | | | |
| Emergency Room | 1,689,024 | 310,020 | 288,884 | 195,186 | 205,530 | 219,395 | 190,544 | 279,464 |
| % of E.R A/R | | 18.4% | 17.1% | 11.6% | 12.2% | 13.0% | 11.3% | 16.5% |
| A/R > 90 days | 53.0% | | | | | | | |
| % of Total A/R | 31.2% | | | | | | | |
| **Total A/R** | 5,415,714 | | | | | | | |

**Brownsville Health Services Corporation**
**d/b/a Brownsville Tri-County Hospital**
**Accounts Receivable as of January 14, 2009**

| Total A/R | 5,415,713.53 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A/R by Payer | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | 121-150 Days | 151-180 Days | >180 Days | Total A/R |
| | 1,464,180.91 | 983,293.61 | 561,879.35 | 675,551.61 | 597,705.69 | 556,887.37 | 576,214.99 | |
| | 27.0% | 18.2% | 10.4% | 12.5% | 11.0% | 10.3% | 10.6% | |
| Medicare | 883,189 | 433,387 | 242,218 | 265,645 | 697,952 | | | 2,522,391 | 46.6% |
| Medicaid | 239,116 | 322,871 | 121,370 | 106,325 | 244,789 | | | 1,034,471 | 19.1% |
| Blue Cross | 144,724 | 41,399 | 30,516 | 43,586 | 110,657 | | | 370,982 | 6.9% |
| Commercial | 92,520 | 96,184 | 63,068 | 86,008 | 227,346 | | | 565,124 | 10.4% |
| Private Pay | 104,632 | 89,453 | 104,608 | 173,989 | 450,064 | | | 922,746 | 17.0% |
| Total | 1,464,181 | 983,294 | 561,879 | 675,552 | 1,730,808 | | | 5,415,714 |

This information was taken from various reports found in the CPSI system. Judy Morrison and I talked with a representative from CPSI who told us we could not get a breakdown of A/R other than the one provided above that would tie to the total A/R. As can be seen from the descriptions below, individual claims could be found on multiple lists.

**Components of A/R**

| | July | Aug | Sept | Oct | Nov | Dec | Jan |
|---|---|---|---|---|---|---|---|
| Accounts Receivable Balance | 3,332,163 | 5,303,377 | 6,505,389 | 6,111,875 | 6,121,892 | 5,609,682 | 5,415,714 |
| Days in Gross A/R | 90 | 115 | 110 | 100 | 102 | 98 | 94 |
| (using 3 month rolling average for daily revenue) | | | | | | | |

A/R greater than 90 days    44.4%
A/R greater than 60 days    54.8%

Not coded by Medical Records    375,131.30
This includes $196,592.59 of in-house charges/claims I did a review of the listing and found 7 claims from December, the balance of the claims are from January, 2009

Billed but Unpaid    3,857,085.30
The aging on this report indicates that approx. 80% of the dollars are in a "Current" category which probably indicates they have been rebilled or handled in some manner to reset the bill date

Private Pay    1,063,538.94
This listing includes charges for patients identified as self pay upon admission as well as patient liability not covered by a third party payer

Unbilled Insurance    1,283,163.32
This listing is basically a worklist that the system utilizes to track the status of insurance claims. Claims first hit this list when three things occur:
1. discharge date is entered
2. finalized date is entered which indicates that all charges have been input
3. medical records has entered diagnosis and relative coding