IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              Bankruptcy No. 09-20998-MBM

BROWNSVILLE HEALTH                                  Chapter 11
SOLUTIONS, INC.,

Debtor.

## VERIFIED STATEMENT OF SMITH BUTZ PURSUANT TO FED.R.BANKR.P.2019(a)

Smith Butz, LLC hereby submits this Verified Statement pursuant to Fed. R. Bankr. P. 2019(a), and states as follows:

1. Smith Butz, LLC is a law firm that maintains offices at 125 Technology Drive, Canonsburg, Pennsylvania 15317.

2. Counsel appears in this proceeding on behalf of Dan Taylor Interiors, Inc., Mastech Construction & Interiors, Inc., Mongiovi & Son Plumbing, L.P. and Tico Electric, Inc.

3. The above referenced claimants have claims against the Debtor in the amounts set forth below:

| PARTY | CLAIM AMOUNT |
|---|---|
| Dan Taylor Interiors, Inc. | $104,158.74 |
| Mastech Construction & Interiors, Inc. | $193,357.50 |
| Mongiovi & Son Plumbling, LP | $285,867.85 |
| Tico Electric, Inc. | $132,413.41 |

4. Counsel was approached by the above referenced Creditors to represent them. Counsel holds no claims against or interest in the Debtor.

5. Counsel has entered into a fee agreement with the above referenced creditors and will be compensated by them.

6. The undersigned hereby verifies that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief.

7. Counsel reserves the right to revise and supplement this Verified Statement.

By: /s/ Brian A. Lawton
Brian A. Lawton, Esquire
Pa. I.D. #82093

Smith Butz, LLC
125 Technology Drive, Suite 202
Canonsburg, PA 15317
(724) 745-5121

Attorney for Dan Taylor, Inc.; Mastech Construction Interiors, Inc.; Mongiovi & Son Plumbing, LP and TICO Electric, Inc.